# EXHIBIT A

| | |
|---|---|
| Joseph F. Janowski III <br> Plaintiff | : IN THE COURT OF COMMON PLEAS OF <br> : Schuylkill COUNTY, PENNSYLVANIA |
| vs. | : CIVIL ACTION - LAW |
| Pennsylvania State Police <br> Trooper Thomas R. Defendant <br> Trooper Nathaniel Edmonds | : NO. S-2992-25 |

## NOTICE TO DEFEND AND CLAIM RIGHTS

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Pennsylvania Bar Association <br>
Lawyer Referral Service <br>
100 South Street (P.O. Box 186) <br>
Harrisburg, PA 17108 <br>
(800) 692-7375

### AMERICANS WITH DISABILITIES ACT OF 1990

The Court of Common Pleas of Lycoming County is required by law to comply with the Americans With Disabilities Act of 1990. For information about accessible facilities and reasonable accommodations available to disabled individuals having business before the Court, please contact the office of the Lycoming County Court Administrator, Lycoming County Courthouse, 48 West Third Street, Williamsport, PA 17701, Telephone No. (570) 327-2330. All arrangements must be made at least 72 hours prior to any hearing or business before the Court. You must attend the scheduled conference or hearing.

Date: November 22, 2025

(signature) <br>
Name: Joseph Janowski LQ1662 <br>
Address: 1111 Altamont Blvd. <br>
Frackville PA 17931 <br>
Phone: _____

Joseph Janowski III
-Vs-                                          S-2912-25
Pennsylvania State Police, et al.
Trooper Thomas Robin
Trooper Nathaniel Edmonds
  (Notice to Defend)
Complaint

1. Plaintiff Joseph Janowski is an individual residing at 1111 Altamont Blvd., Frackville Pennsylvania.

2. Defendants Trooper Thomas Robin, Trooper Nathaniel Edmonds are individuals residing at Pennsylvania State Police Schoylkill Haven Barracks, Soomit Station Pennsylvania.

3. Defendant Pennsylvania State Police is a Pennsylvania Coorporation engaged in The Bussiness of Law Enforcement with its principal place of bussiness Located in Schoylkill Haven Barracks Route 183, Soomit Station, Pennsylvania.

4. At all times herein mentioned, defendants, Trooper Robin, Trooper Edmonds were agents, servants and/or employees of defendant Pennsylvania State Police

5. At all times herein mentioned defendents, Trooper Robin, Trooper Edmonds was acting within the scope of there authority as agents, servants and/or employees of defendants Pennsylvania State Police.

6. On or about November 24, 2023 at approximatly 3am defendants, Trooper Robin, Trooper Edmonds. Without Provocation or cause Placed Plantiff Handcuffed behind back and Locked Him in the back of Cruizer Without applying any restraint device. Then in transport back to barricks while negotiating a turn at an excessively High rate of speed Plaintiff got thrown across back seat while right foot was Lodged between back seat and barrier causing leg to twist. causing him to sustain a severe personal injury hereinafter set forth Upon arrival at barricks Plaintiff told Trooper Edmonds "I need help my foot is stuck and my Leg broke" at which time Trooper Edmonds pulled Plaitiff's foot from between Seat and Barricade and walked away. Mr. Janowski

was then taken to Schuylkill County Prison who he immedatly informed the condition of his Leg

7. This Excessive force, Cruel Unusual Punishment, Negligence and gross purposeful disregard for not only Plaintiffs safety but the LAW by the defendants upon the person of the plaintiff was unprovoked and in no manner whatsoever due to any act or failure to act on the part of the plaintiff.

8. As a result of This excessive force, cruel and unusual punishment, negligence and gross disregard for safety and the LAW upon him by the defendants, the plaintiff sustained a fracture of the right tibia extreme swelling of foot, ankle, and Lower Leg, multiple internal injuries in the foot ankle and Lower Leg resulting in injury to muscles, nerves, and bones, bone density and ligaments connected there to and/or aggravation of preexsisting conditions thereof, and he did in particular but without Limitation sustain a fracture and suffers from ostiosamisis and severe emotional stress and sleep depervation due

to pain and suffering from injuries. Some of which or all of which injuries are or maybe permanent in nature. Plaintiff also makes claims for such injuries, damages and consequences resulting from this incident of which he has no present knowledge.

9. As a further result of the Excessive force, Cruel and unusual punishment negligence purposeful disregard for Safety and the LAW by defendants, plaintiff suffered and underwent great pain and was hindered and prevented from performing and transacting his usual affairs and business

10. As a further result of the Excessive force, Cruel and Unusual Punishment negligence gross disregard for Safety and LAW by the defendants. Plaintiff was forced to expend various sums of money and endeavoures to heal/cure his injuries in a continuous effort and may in the future be required to expend further sums of money and endurance of Pain in endeavoring to cure himself of the injuries.

WHEREFORE, plaintiff Joseph Janowski III claims compensatory and punitive damages from the defendants Trooper Thomas Robin, Trooper Nathanial Edmonds, and Pennsylvania State Police in an amount of $ Two hundred fifty Thousand dollars.

November 22, 2025

*Joseph Janowski III*
Joseph Janowski III
Plaintiff


Joseph Janowski III
LQ 1662
SCI-Frackville
1111 Altamont Blvd.
Frackville PA 17931

## VERIFICATION

I, hereby verify that the matters and statements therein set forth are true to the best of my knowledge and belief, and are subject to the penalties of *Title 18 Pa.C.S.A.§ 4904*, realting to un-sworn falsification to authorities.

## CERTIFICATE OF OMPLIANCE

I also certify that this filing complies with the provisions of the *Case Records Access Policy of the Unified Judicial System of Pennsylvania* that requires filing of confidential information and documents differently than non-confidential information and documents.

## CERTIFICATE OF SERVICE

Lastly, I do certify that I have on this day served true and correct copies of the foregoing on the persons listed below, by First Class, postage paid mail.

Prothonotary
Schuylkill County Courthouse
401 North 2nd Street
Pottsville PA 17901

November 22, 2026
Date

(Name) Joseph Janowski
(Number) LQ 1662
(Address) 1111 Altamont Blvd.
Frackville, PA. 17931