# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K.J., a minor by and through his parent and natural guardian, KYEAL JONES | : | NO.: |
| | : | |
| Plaintiff | : | CIVIL ACTION - LAW |
| v. | : | |
| | : | |
| SOUTH WESTERN SCHOOL DISTRICT | : | |
| | : | |
| Defendant | : | |
| | : | |

## NOTICE OF REMOVAL

**TO: CLERK OF COURT OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Defendant South Western School District, by its attorneys, Marshall, Dennehey, PC, hereby files this Notice of Removal of this case from the Court of Common Pleas of York County, Pennsylvania, where it is now pending, to the United States District Court for the Middle District of Pennsylvania, on the basis of federal question jurisdiction and, in support thereof, avers as follows:

1. Plaintiff, Kyeal Jones, on behalf of his minor son, K.J., commenced this action by filing a Complaint on December 26, 2025, in the Court of Common Pleas of York County, Pennsylvania, docketed as Case Number 2025-cv-004840. A true and copy of Plaintiff's Complaint is attached hereto and identified as Exhibit A.

1

2. On January 12, 2026, Plaintiff filed a Praecipe to Reinstate the Complaint initially filed on December 26, 2025. A copy of the Plaintiff's Praecipe is attached hereto and identified as Exhibit B.

3. On January 15, 2026, the York County Sheriff's Office filed a Sherrif's Return of Service form confirming that deputy sheriff served the Complaint on Defendant South Western School District on January 14, 2026. The Sheriff's Return of Service is attached hereto and identified as Exhibit C.

4. The undersigned counsel entered their appearances on behalf of Defendant on February 6, 2025. A copy of the Entries of Appearance are attached hereto as Exhibit D.

5. This Notice of Removal is timely in accordance with 28 U.S.C. §1446(b)(1) as it is being filed within thirty (30) days of the date the Complaint was served on Defendant.

6. The Plaintiff has alleged in the Complaint, *inter alia*, a single cause of action based on federal law, specifically alleged violations of the 14th Amendment pursuant to 42 U.S.C. §1983. See Exhibit A, generally.

7. In the Complaint, Plaintiff alleges that K.J. was a student at Defendant South Western High School in April 2025. Id. at ¶¶ 9, 12, &17.

8. Plaintiff alleges that K.J.'s father, Kyeal Jones, met with South Western High School Principal, Keith Down, on April 25, 2025, to report that another student was threatening to physically assault K.J. Id. at ¶12.

9. Thereafter, according to the Complaint, K.J. spoke to the Dean of Students, Toshia Brodbeck, about threats made by another student, D.H., to K.J. Id. at ¶15.

10. On April 29, 2025, K.J. was involved in a physical altercation with D.H. in a bathroom at Southwestern High School. Id. at ¶17.

11. The Complaint alleges that Defendant failed to act on father Kyeal Jones' report to Principal Downs of the threat D.H. posed to K.J. Id. at ¶18.

12. Plaintiff alleges a single claim pursuant to 42 U.S.C. §1983 for a purported Fourteenth Amendment violation and seeks damages in excess of the local arbitration amount.[1] See Ex. A.

13. This entire matter is one which may be removed to this Court by virtue of the provisions of 28 U.S.C. §1441(a) and in accordance with 28 U.S.C. §1446.

14. This is a Civil Action over which the United States District Court has original jurisdiction over Plaintiff's §1983 claim, pursuant to 28 U.S.C. §1331, inasmuch as those claim arises under federal law.

---

[1] By listing the purported causes of action and requested damages set forth in the Complaint, Defendant is not implying that they are legally or factually accurate, but is merely outlining them for purposes of removal.

15. This Court is one of proper venue pursuant to 29 U.S.C. §1391 because Plaintiff is alleging that a federal Constitutional violation took place within a school district located in York County, which is situated within the Middle District of Pennsylvania.

16. Accordingly, Plaintiff's Complaint properly may be removed to this Court, pursuant to 28 U.S.C. §1441(a) through (c).

17. The undersigned notified Plaintiff's counsel of Defendant's intent to remove Plaintiff's Complaint to this Court.

18. Consistent with 28 U.S.C. §1441(b)(2), there are no other defendants named in Plaintiff's Complaint except South Western School District.

19. Promptly after filing with this Honorable Court and with the assignment of a Civil Action Number, a copy of this Notice of this Removal will be filed with the Court of Common Pleas of York County, Pennsylvania, in accordance with 28 U.S.C. §1446(d).

20. Copies of all process, pleadings and Orders served upon the Defendant by the Plaintiff are attached to this Notice of Removal.

WHEREFORE, Defendant, Southwestern School District, respectfully requests the removal of this action from the Court of Common Pleas of York County, Pennsylvania to the United States District Court for the Middle District of Pennsylvania.

                                          MARSHALL DENNEHEY, PC

Dated: February 12, 2026    BY:  */s/ Christopher J. Conrad*
                                                        Christopher J. Conrad, Esquire
                                                        PA Attorney ID# 202348
                                                        Daniel P. McGannon, Esquire
                                                        PA Attorney ID# 309357
                                                        200 Corporate Center Drive, Suite 300
                                                        Camp Hill, PA 17011
                                                        Phone: (717) 651-3531
                                                        Fax: (717) 651-3707
                                                        Email: cjconrad@mdwcg.com
                                                        *Attorneys for Defendant Southwestern School District*

## CERTIFICATE OF SERVICE

I, Christopher J. Conrad, Esquire, of Marshall Dennehey, PC, do hereby certify that I served a true and accurate copy of the foregoing document, via email and electronic case filing, on the below date, on all counsel of record:

Mark R. Cohen, Esq.
Morgan & Morgan, PLLC
One Commerce Square
2005 Market Street, Ste. 350
Philadelphia, PA 19103

                                                         MARSHALL DENNEHEY, PC

Dated: February 12, 2026    By:   */s/ Christopher J. Conrad*
                                                      Christopher J. Conrad, Esquire
                                                      PA Attorney ID# 202348
                                                      Daniel P. McGannon, Esquire
                                                      PA Attorney ID# 309357
                                                      200 Corporate Center Drive, Suite 300
                                                      Camp Hill, PA 17011
                                                      Phone: (717) 651-3531
                                                      Fax: (717) 651-3707
                                                      Email: cjconrad@mdwcg.com
                                                                dpmcgannon@mdwcg.com
                                                      *Attorneys for Defendant South Western School District*