Lerae Kroon
Philadelphia Legal Assistance
718 Arch Street Suite 300N
Philadelphia. PA 19106
(215) 981-3812
lkroon@philalegal.org
PA. 325464

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.Y.P.**, *Plaintiff* | |
| **J.G.H.**, *Plaintiff,* | |
| **M.P.R.**, *Plaintiff,* | Civil Action No.: |
| **E.S.M.**, *Plaintiff,* | **MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER** |
| **J.S.M.**, *Plaintiff,* | |
| v. | |
| **U.S. CITIZENSHIP AND IMMIGRATION SERVICES**, U.S. Citizenship & Immigration Services 5900 Capital Gateway Dr., Camp Springs, MD 20588 | |
| **JOSEPH B. EDLOW**, Director, U.S. Citizenship and Immigration Services U.S. Citizenship & Immigration Services 5900 Capital Gateway Dr. Camp Springs, MD 20588 | |
| *Defendants.* | |

1

Petitioners J.Y.P., J.G.H., M.P.R., E.S.M., and J.S.M., through undersigned counsel, respectfully move this Court to allow them to proceed under pseudonyms (using initials J.Y.P., J.G.H., M.P.R., E.S.M., and J.S.M; ensure they be referred to by their initials on the docket, in all pleadings and other documents related to this litigation, and in all proceedings held before this Court, and that documents containing J.Y.P., J.G.H., M.P.R., E.S.M., and J.S.M.'s actual names shall be filed in redacted form; and prohibit Respondents from disclosing any personally identifying information that could lead to Petitioners' identification in this action. J.Y.P., J.G.H., M.P.R., E.S.M., and J.S.M are filing an accompanying memorandum of law and a declaration supporting this motion. On February 26, 2026 undersigned counsel emailed the United States Attorney's Office for the Middle District of Pennsylvania, counsel for the government. At the time of this filing undersigned counsel has received no response to her inquiry as to the government's position on Petitioners' request to proceed under a pseudonym and for a protective order.

Therefore, J.Y.P., J.G.H., M.P.R., E.S.M., and J.S.M respectfully request that this Court:

1. Allow them to proceed under pseudonyms in this action (using initials J.Y.P., J.G.H., M.P.R., E.S.M., and J.S.M.);

2. Ensure that they be referred to by their initials on the docket, in all pleadings and other documents related to this litigation, and in all proceedings held before this Court, and that documents containing J.Y.P., J.G.H., M.P.R., E.S.M., and J.S.M.'s actual names shall be filed in redacted form; and

3. Prohibit Respondents from disclosing any personally identifying information that could lead to Petitioners' identification in this action.

Dated:  February 27, 2026    *s/ Lerae Kroon*
Lerae Kroon
Bar No.: PA 325464
718 Arch Street Suite 300N
Philadelphia, PA 19106
(215) 981-3812
lkroon@philalegal.org
*Attorney for Petitioners*