**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **O.G.M.**, <br><br> *Petitioner*, <br><br> v. <br><br> **JESSICA SAGE**, in her official capacity as Warden of FCI Lewisburg, *et al.* <br><br> *Respondents*. | Case No. |

**NOTICE OF MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM AND, IF NECESSARY, TO FILE UNREDACTED COPIES OF FILINGS UNDER SEAL**

Pursuant to Federal Rule of Civil Procedure 5.2(d), and for the reasons explained in the memorandum of law in support of this motion, Petitioner respectfully moves this Court for leave to proceed using a pseudonym, "O.G.M.," and to relatedly, if necessary, to file an unredacted version of his petition with his real name under seal along with accompanying exhibits. Additionally, Petitioner moves to seal all other subsequent filings, orders, and opinions to the extent they include identifying information regarding Petitioner, considering his safety and privacy interests, with redacted versions filed on the public docket.

O.G.M.'s Petition for Writ of Habeas Corpus and accompanying exhibits contain information related to his asylum, withholding, and protection under the Convention Against Torture claims in immigration court, and information regarding Petitioner and his wife's medical issues. Petitioner's future filings in this case may also contain information about his fear-based claims or health-issues.

1

Plaintiff thus respectfully requests that his motion be granted, allowing the case to proceed under pseudonym and to have any filings that refer to his identity or contain identifying details to be filed on the public docket in redacted form, with unredacted copies filed under seal.

Dated: March 26, 2026
Brooklyn, NY

Respectfully submitted,

*/s/ Erica Rodarte*
Erica Rodarte, Esq.
Brooklyn Defender Services
177 Livingston Street, 7th Fl
Brooklyn, NY 11201
T: 917-352-2580
E: erodarte@bds.org

2