# *Schedule*

Line 1    Claim No.                    1

Line 2    Musical Composition    Bottle Let Me Down a/k/a Tonight The Bottle Let Me Down

Line 3    Writer(s)    Merle Haggard

Line 4    Publisher Plaintiff(s)    Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing

Line 5    Date(s) of Registration    8/3/66    6/2/69

Line 6    Registration No(s).    Eu 951215    Ep 259181*  *As published in 'The Merle Haggard Song Album'

Line 7    Date(s) of Infringement    2/13/26

Line 8    Place of Infringement    Avalon Ale House

---

Line 1    Claim No.                    2

Line 2    Musical Composition    Crazy

Line 3    Writer(s)    Willie Nelson

Line 4    Publisher Plaintiff(s)    Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing

Line 5    Date(s) of Registration    3/6/89    10/16/61

Line 6    Registration No(s).    RE 422-869    Ep 156698

Line 7    Date(s) of Infringement    2/13/26

Line 8    Place of Infringement    Avalon Ale House

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Help Me Make It Through The Night |
| Line 3 | Writer(s) | Kris Kristofferson |
| Line 4 | Publisher Plaintiff(s) | Combine Music Corp. |
| Line 5 | Date(s) of Registration | 6/22/70 |
| Line 6 | Registration No(s). | Ep 273874 |
| Line 7 | Date(s) of Infringement | 2/13/26 |
| Line 8 | Place of Infringement | Avalon Ale House |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | Neon Moon |
| Line 3 | Writer(s) | Ronnie Dunn |
| Line 4 | Publisher Plaintiff(s) | Ronnie Gene Dunn, an individual d/b/a Showbilly Music |
| Line 5 | Date(s) of Registration | 9/16/91 |
| Line 6 | Registration No(s). | PA 536-368 |
| Line 7 | Date(s) of Infringement | 2/13/26 |
| Line 8 | Place of Infringement | Avalon Ale House |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Walk Like An Egyptian |
| Line 3 | Writer(s) | Liam Sternberg |
| Line 4 | Publisher Plaintiff(s) | Peer International Corporation |
| Line 5 | Date(s) of Registration | 2/11/86 |
| Line 6 | Registration No(s). | PA 278-841 |
| Line 7 | Date(s) of Infringement | 2/13/26 |
| Line 8 | Place of Infringement | Avalon Ale House |

| | | |
|---|---|---|
| Claim No. | 6 | |
| Musical Composition | Ring Of Fire | |
| Writer(s) | June Carter; Merle Kilgore | |
| Publisher Plaintiff(s) | Painted Desert Music Corporation | |
| Date(s) of Registration | 11/23/90 | 9/17/62 |
| Registration No(s). | RE 498-587 | Ep 167400 |
| Date(s) of Infringement | 2/13/16 | |
| Place of Infringement | Avalon Ale House | |