**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION**

|  |  |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; COMBINE MUSIC CORP.; SHOWBILLY MUSIC; PEER INTERNATIONAL CORPORATION; PAINTED DESERT MUSIC CORPORATION, | CIVIL ACTION NO.: |
| Plaintiffs, | **CORPORATE DISCLOSURE** |
| v. | |
| DIVINO PIZZERIA, LLC d/b/a AVALON ALE HOUSE and JASON ECKENRODE, individually, | |
| Defendants. | |

Plaintiffs, by counsel, pursuant to Rule 7.1 of the FEDERAL RULES OF CIVIL PROCEDURE, provide the following corporate ownership disclosures:

1. Broadcast Music Inc. ("BMI") certifies that its parent company, Otis Parent, Inc., holds 100% of BMI stock. Otis Parent, Inc. is not a publicly held company.

2. Combine Music, Corp. certifies that EMI Blackwood Music, Inc. owns 10% or more of its stock.

3. Painted Desert Music Corporation certifies that Skidmore Music Company, Inc. owns 10% or more of its stock.

4. Peer International Corporation certifies that Brazilian Music Inc. owns 10% or more of its stock.

5.      Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing certifies that Sony Music Entertainment, Inc. owns 10% or more of its stock.

Respectfully submitted,

Dated: April 10, 2026                    **DENTONS COHEN & GRIGSBY P.C.**

By: */s/ Julie A. Mueller*
            Julie A. Mueller (Pa. Id. No. 325657)
            625 Liberty Avenue, 5th Floor
            Pittsburgh, PA 15222-3152
            Tel:    (412) 297-4900
            Fax:    (412) 209-1975
            Email: julie.mueller@dentons.com

*Counsel for Plaintiffs*

2