

Via USPS Certified Mail and Email

February 10, 2026

Chambersburg MZL, LLC
c/o KPW Centers LLC
535 Fifth Avenue, 12th Floor
New York, NY 10017

Re:     Notice of Abandonment of Premises and Termination of Utilities for Lease dated June 24, 2022, between Chambersburg MZL LLC c/o KPR Centers LLC and Primanti Corporation (the "Lease")

Dear Landlord,

On behalf of Primanti Corporation, this letter serves as formal written notice that, effective immediately, Primanti Bros. is abandoning the Lease premises located at 983 Norland Avenue, Chambersburg, PA 17201, and stopping the payment of rent under the Lease.  Please take immediate action to mitigate your damages as required by the Lease and/or applicable law.

We also plan to shut off all utilities associated with the premises within the next thirty (30) days. Let us know if you would like assistance transitioning these utilities into your name or coordinating a transfer, and we will work with you if reasonably feasible without undue delay.

Note that we returned our keys to the lock box on the Premises.

Please give me a call if you have any questions.

Sincerely,

Tim Larson
Vice President, General Counsel, and Secretary
tim@authenticrb.com

Cc:     U & Me Chambersburg, LLC
        6312 Northern Boulevard
        East Norwich, NY 11732
        Attn: Shamsul Arefen, via email to: shamsul@mpdmanagement.net

        Attn: Marc Underberg, via email to: marc@ahconco.com