**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HEATHER SMALLEY, and**<br>**JASON SMALLEY, H/W**<br>        **Plaintiff,**<br><br>**vs.**<br><br>**MOHAMMED RAMADAN, and**<br><br>**FMB TRUCKING, LLC**<br>        **Defendants.** | **CIVIL ACTION**<br><br>**NO.** |

**NOTICE OF REMOVAL OF DEFENDANTS, FMB TRUCKING, LLC**

Defendants FMB Trucking, LLC (hereinafter "Removing Defendant"), by and through their attorneys, Morgan, Akins & Jackson, PLLC, with this Notice of Removal (hereinafter "Notice") hereby remove the instant action from the Court of Common Pleas of Schuykill County, Case No. 5-0142-2026 to the United States District Court for the Middle District of Pennsylvania, pursuant to 28 U.S.C. § 1332, and in support thereof states as follows:

1.     Plaintiffs Heather Smalley and Jason Smalley (hereinafter "Plaintiffs") initiated this lawsuit by filing a Complaint (hereinafter "Complaint") on or about January 21, 2026 in the Court of Common Pleas of Schuykill County. See a true and correct copy of Plaintiff's Complaint attached hereto as **Exhibit "A."**

2.     Defendant FMB Trucking, LLC accepted service through their attorneys, Morgan, Akins & Jackson, PLLC on May 27, 2026. This acceptance was docketed on June 1, 2026. See a true and correct copy of Acceptance of Service of Process on behalf of Defendant FMB Trucking, LLC, dated May 27, 2026, attached hereto as **Exhibit "B**."

3.     The Acceptance of Service was docketed on June 1, 2026. See a true and correct copy of the docket sheet of all State Court filings are attached hereto as **Exhibit "C."**

4.      The Complaint alleges that on or about February 14, 2024, Plaintiff Heather Smalley's vehicle was struck in the rear by a vehicle (hereinafter "the Incident") driven by Mohammed Ramadan and owned by FMB Trucking, LLC on State Route 61 in St. Clair, Schuykill County, Pennsylvania.  **Ex. "A"** at ¶ 11.

5.      Plaintiff Heather Smalley alleges she sustained serious injuries and damages. **Ex. "A"** at ¶ 17.

6.      Plaintiff Jason Smalley alleges he lost the services, companionship, and consortium of his wife, Plaintiff Heather Smalley.  **Ex. "A"** at ¶ 43.

7.      Removing Defendant has obtained the consent of Co-Defendant Mohammed Ramadan (incorrectly identified as "Mohammed Ramadas") for removal.

## NOTICE TIMELY FILED

8.      This notice is timely because it is filed within thirty (30) days of Removing Defendant FMB Trucking, LLC's receipt, "through service or otherwise, a copy of the initial pleading setting for the claim for relief upon which such action or proceeding is based."  28 U.S.C. § 1446(b).

9.      Furthermore, this Notice is timely because it is filed within one (1) year of the inceptions of this matter.  28 U.S.C. § 1446(c)(1).

10.     Defendant FMB Trucking, LLC accepted service on May 26, 2026.

11.     Therefore, removal cannot be untimely, since fewer than thirty days have passed since service was effectuated and the case became removable.

## CITIZENSHIP OF PARTIES

12. At all times relevant herein, including both at the time of the Incident and at the time of the filing the instant Notice, Plaintiffs were and are residents of the state of Pennsylvania. **Ex. "A" at ¶ 1.**

13. On the Complaint's face, at all times relevant herein, including both at the time of the Incident and the time of the filing of the instant Notice, Defendant Mohammed Ramadan (incorrectly identified on the Complaint as "Mohammed Ramadas") was and is a citizen of New Jersey. **Ex. "A" at ¶ 2.**

14. On the Complaint's face, at all times relevant herein, including both at the time of the Incident and the time of the filing of the instant Notice, Defendant FMB Trucking, LLC was and is a citizen of North Carolina, where in maintains its principal place of business. **Ex. "A" at ¶ 3.**

15. Given the foregoing, complete diversity exists between Plaintiffs (Pennsylvania) and Defendants (New Jersey and North Carolina), satisfying the requirements of 28 U.S.C. § 1332(a)(1).

## AMOUNT IN CONTROVERSY

16. The amount in controversy in the instant matter exceeds seventy-five thousand dollars ($75,000.000), exclusive of interests and costs.

17. In the Complaint, Plaintiffs both claim damages in excess of the fifty-thousand dollar ($50,000.00) local arbitration limit. See Sch. R.C.P. 1301(b) and 42 Pa.C.S.A. §7361(b). Therefore, the Complaint on its face alleges an amount in controversy of $100,000.00 or more. See **Ex. A** at the "WHEREFORE" clauses following ¶¶ 24, 31 and 43.

18. Therefore, the amount in controversy requirement is satisfied.

## CONCLUSION

19.     For the reasons set forth above, this action is properly removed to this Honorable Court by the Removing Defendants pursuant to 28 U.S.C. § 1332.

20.     Removal to this Honorable Court is proper insofar as this case was initially brought in a state court within the geographic area of the Middle District of Pennsylvania. 28 U.S.C. § 1441(a).

21.     Removing Defendant has given written notice of the filing of this Notice pursuant to 28 U.S.C. § 1446(d) by filing this Notice with the Court of Common Pleas, Schuykill County, and by giving written notice to Plaintiff.

22.     All pleadings, process, orders and other filings in the State Court action are attached to this Notice as required by 28 U.S.C. § 1446(a).

WHEREFORE, Removing Defendant, by and through their attorneys, Morgan, Akins & Jackson, PLLC, via this Notice of Removal, hereby remove the instant action from the Court of Common Pleas, Schuykill County, Case No. 5-0142-2026 to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1332.

**MORGAN, AKINS & JACKSON, PLLC**

OLIVER R. BROOKS
Attorney I.D. No. 204192
The Graham Building
30 South 15th Street, Suite 701
Philadelphia, PA  19102
T: (267) 428-6943
F: (215) 391-1082
E: obrooks@morganakins.com
*Attorney for Defendants Attorneys for Defendants, FMB Trucking, LLC and Mohammed Ramadan*

Dated: June 5, 2026