**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

MARYWOOD UNIVERSITY,

    Plaintiff,

v.

INTERNATIONAL STUDIES
INSTITUTES, INC., d/b/a
INTERNATIONAL STUDIES
INSTITUTE: FLORENCE, and
INTERNATIONAL STUDIES
INSTITUTE LLC, d/b/a
INTERNATIONAL STUDIES
INSTITUTE: FLORENCE,

    Defendants.

CASE NO. _____

**<u>NOTICE OF REMOVAL</u>**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

    Defendant, International Studies Institutes, Inc. ("ISI, INC."), and Defendant, International Studies Institute LLC ("ISI LLC") (collectively "Defendants"), through their counsel, Rosenn, Jenkins & Greenwald, LLP, hereby file the instant Notice of Removal of this case from the Court of Common Pleas of Lackawanna County, Pennsylvania, in which it is now pending, to the United States District Court for the Middle District of Pennsylvania. This Notice is filed pursuant to 28 U.S.C. 1441, <u>et</u> <u>seq.</u> and, in support thereof, Defendants aver as follows:

44Z0554.2

1. On May 12, 2026, Plaintiff, MARYWOOD UNIVERSITY ("MARYWOOD"), filed its Complaint against ISI, INC. in the Court of Common Pleas of Lackawanna County, Pennsylvania, Case No. 26-CV-3210.

2. On May 29, 2026, MARYWOOD filed its First Amended Complaint, naming ISI LLC as a Defendant, in addition to ISI, INC.

3. ISI, INC. and ISI LLC accepted service of the First Amended Complaint on June 1, 2026.

4. ISI, INC. and ISI LLC are timely filing this Notice of Removal to the United States District Court for the Middle District of Pennsylvania within 30 days of service of the Complaint and of the First Amended Complaint, as required pursuant to 28 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1446(a), venue in the United States District Court for the Middle District of Pennsylvania is proper because this Court is the United States District Court for the district and division corresponding to the place where the state court action is pending.

6. Copies of all process, pleadings, and orders which have been received by Defendants are attached hereto as Exhibit "A" and consist of the Complaint and the First Amended Complaint. A copy of the docket sheet is attached hereto as Exhibit "B."

7. MARYWOOD avers that it is a Pennsylvania non-profit corporation, with its principal place of business in Scranton, Lackawanna County, Pennsylvania.

8. MARYWOOD avers that ISI, INC. is a Florida non-profit corporation with its principal place of business in Kissimmee, Florida.

9. MARYWOOD avers that ISI LLC is a Delaware limited liability company with its registered agent's address in Dover, Delaware and its principal place of business in Kissimmee, Florida.

10. The only members of ISI LLC are Daniel Tartaglia, a citizen of the State of Florida, and Laura Bean, a citizen of the State of New Jersey.

11. Accordingly, there is complete diversity of citizenship among the parties to this action.

12. At Paragraph 34 of its initial Complaint, MARYWOOD averred that, "[i]f the Agreement remains in place through the spring semester, and MARYWOOD is obligated to pay ISI for its students that study abroad during that period, then MARYWOOD anticipates ISI's additional fees will exceed $1,000,000.00."

13. MARYWOOD's First Amended Complaint, like its initial Complaint, seeks injunctive relief against ISI, INC. and ISI LLC, precluding ISI, INC. and ISI LLC from "participating in, advancing, or maintaining" mediation in Italy or

initiating any other litigation or emergency applications outside of Lackawanna County, Pennsylvania.

14.     In that regard, Paragraph 30 of the First Amended Complaint avers that "ISI" demanded $1,250,000.00 in immediate damages from MARYWOOD.

15.     Based upon the allegations in MARYWOOD's initial Complaint and First Amended Complaint, the amount in controversy in this matter exceeds the sum of $75,000.00, exclusive of interest and costs.

16.     Therefore, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because of the diversity of citizenship between the parties and because the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

17.     Upon filing this Notice of Removal with the Clerk of the United States District Court for the Middle District of Pennsylvania, ISI, INC. and ISI LLC are giving written notice hereof to MARYWOOD and are also filing a copy of this Notice of Removal with the Court of Common Pleas of Lackawanna County, Pennsylvania.

18.     In filing this Notice of Removal, Defendants do not waive, and expressly reserve, the right to assert any and all challenges and objections to venue, service, personal jurisdiction, and any and all defenses, exceptions, motions and/or rights they may have in connection with Plaintiff's claims.

4

WHEREFORE, notice is given that this action is removed from the Court of Common Pleas of Lackawanna County, Pennsylvania to the United States District Court for the Middle District of Pennsylvania. Defendants, ISI, INC. and ISI LLC, respectfully request that this Court enter such further orders and grant such further relief as may be necessary to secure the removal of this action and prevent further proceedings in the Court of Common Pleas of Lackawanna County, and grant such other relief as this Court deems appropriate.

ROSENN, JENKINS & GREENWALD, LLP

By: /s/ Thomas J. Campenni
    ROBERT N. GAWLAS, JR., ESQUIRE
    Attorney ID No. 46608
    THOMAS J. CAMPENNI, ESQUIRE
    Attorney ID No. 87809
    Cross Creek Pointe
    1065 Highway 315, Suite 200
    Wilkes-Barre, PA 18702
    Ph: (570) 826-5654
    rgawlas@rjglaw.com
    tcampenni@rjglaw.com

    Attorneys for Defendants,
    International Studies Institutes, Inc. and
    International Studies Institute LLC

Dated:  June 11, 2026