**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| CONAN HIGGINS and RYAN J. MORRIS, | : : : : | |
| Plaintiffs, | : | No.: |
| | : | |
| v. | : : | |
| | : | JURY TRIAL DEMANDED |
| LIBERTY TOWNSHIP, WALTER BARLOW, individually and in his official capacity ROBERT "BOBBY" KEILHOLTZ Individually and in his official capacity CHRISTOPHER HILL, individually and in his official capacity | : : : : : : : : : | |
| Defendants. | : : : | |

**NOTICE OF REMOVAL**

Defendants, Liberty Township, Walter Barlow, Robert Keilholtz, and Christopher Hill, by and through their attorneys, Siana Law, LLP, pursuant to 28 U.S.C.§ 1441, *et seq.*, submit this Notice of Removal of this case from the Court of Common Pleas of Adams County, Pennsylvania, Civil Action 2026-SU-0548, in which it is now pending, to the United States District Court for the Middle District of Pennsylvania, and in support thereof, state the following:

1.    On May 8, 2026, Plaintiffs Conan Higgins and Ryan J. Morris filed a Writ of Summons against Defendants Liberty Township in the Court of Common Pleas of Adams County, Pennsylvania, at Common Pleas Docket Number 2026-SU-0548.

2.    On May 29, 2026, Plaintiffs Conan Higgins and Ryan J. Morris filed a Complaint against Defendants Liberty Township, Township Supervisors Walter Barlow, Robert Keilholtz, and Christopher Hill.

3.    On June 11, 2026, Defendants were served with Plaintiffs' Complaint via FedEx.

4.     A true and correct copy of all process, pleadings, and orders served upon the defendants in Adams County Court of Common Pleas docket Number 2026-SU-0548 are attached hereto and marked as Exhibit "B."

5.     In the Complaint, the Plaintiffs' claims include alleged civil rights violations pursuant to 42 U.S.C. § 1983 against the Defendants. Specifically, Plaintiffs assert claims under the Fourteenth Amendment's Right to Due Process in Counts III, IV, V, and VI.

6.     Plaintiffs' civil rights claims are removable from the Adams County Court of Common Pleas to the United States District Court for the Middle District of Pennsylvania, which is vested with jurisdiction by 28 U.S.C. § 1331 (Federal Question).

7.     Plaintiffs' state law claims are removable from the Adams County Court of Common Pleas to the United States District Court for the Middle District of Pennsylvania because this Honorable Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

8.     The Defendants hereby exercise their rights under the provisions of 28 U.S.C. § 1441, *et seq.*, to remove this action to the United States District Court for the Middle District of Pennsylvania.

9.     In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days from June 11, 2026, the date on which the Defendants were served with the Complaint.

10.     Counsel for Defendants will provide immediate notice of this filing to the attorney for Plaintiffs as required by 28 U.S.C. § 1446(d).

11.     Following the filing of the instant Notice of Removal, counsel for the Defendants will file a copy of this Notice with the Prothonotary of the Court of Common Pleas of Adams County as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, the Defendants respectfully request that this Honorable Court assume jurisdiction of this action presently pending in the Adams County Court of Common Pleas.

Respectfully submitted:

**SIANA LAW**

By: _____

Andrew M. Rongaus, Esquire, I.D. #87423
Attorney for Defendants
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500    (F): 610.321.0505
amrongaus@sianalaw.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| CONAN HIGGINS and<br>RYAN J. MORRIS,<br><div align=center>Plaintiffs,</div><br>v.<br><br>LIBERTY TOWNSHIP,<br>WALTER BARLOW, individually<br>and in his official capacity<br>ROBERT "BOBBY" KEILHOLTZ<br>Individually and in his official capacity<br>CHRISTOPHER HILL, individually and<br>in his official capacity<br><br><div align=center>Defendants.</div> | : | No.:<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this date a true and correct copy of the Notice of Removal was served via first-class mail as follows:

<div align=center>

Edward A. Paskey, Esquire
France Paskey Swope Pugh
2675 Eastern Boulevard
York, PA 17402

</div>

**SIANA LAW**

Date:   June 24, 2026          By:   _____

Andrew M. Rongaus, Esquire, I.D. #87423
Attorney for Defendants
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500     (F): 610.321.0505
amrongaus@sianalaw.com