# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ANDRES CAMILO HERRERA FONSECA**

Petitioner,

v.

**WARDEN, PIKE COUNTY CORRECTIONAL FACILITY**

Respondent.

Civil Action No. _____

## EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

**Immigration Habeas Case**

### INTRODUCTION

Petitioner, by and through undersigned counsel, respectfully moves this Court pursuant to **Fed. R. Civ. P. 65(b)**, **28 U.S.C. § 2241**, and **Local Civil Rule 65.1** for an **Emergency Temporary Restraining Order** to prevent imminent and irreparable harm arising from Petitioner's unlawful detention and/or removal while the accompanying Petition for Writ of Habeas Corpus is pending.

### FACTUAL BACKGROUND

1. Petitioner is a citizen and a national of Colombia, currently detained at the Pike County Correctional Facility located at 175 Pike County Boulevard, Lord's Valley Pa 18428, within the jurisdiction of this Court.

2. Petitioner has already filed an application for asylum based upon his fear of returning to Colombia, a copy of which has been provided to the court along with the habeas petition;

3. Petitioner should be given the opportunity to present the asylum claim so that he is not forced to return to his home country to which he fears returning

4. Since he entered the U.S. on in or about 2024 and to this day, petitioner has not committed any crimes.

5. He has been living at the same address since at least 2024, and is lawfully authorized for employment;

6. ICE has apprehended the petitioner and upon information and belief, intends to remove him in the immediate future;

7. Removal before adjudication of the habeas petition will cause irreparable harm, including the possibility/probability of being subjected to violence, loss of legal rights, and potential persecution.

## PROPOSED ORDER

AND NOW, this ___ day of _____, 2026, upon consideration of Petitioner's Emergency Motion for Temporary Restraining Order, it is hereby ORDERED that:

1. Respondents, and all persons acting on their behalf, are temporarily restrained from removing Petitioner from the United States pending further order of this Court;

2. Respondents shall appear before this Court on the ___ day of _____, 2026, at : _. m., to show cause why a preliminary injunction should not issue; and

3. This Order shall remain in effect until further order of the Court.

**Respectfully submitted,**

_____

Theodore Christian Flowers, Esquire

Dated :

 Official Website of the Department of Homeland Security

Report

Main Menu

# Search Results: 1

### ANDRES CAMILO HERRERA FONSECA

**Country of Birth :** Colombia

**A-Number:** 244867991

**Status :** In ICE Custody

**State:** PA

**Current Detention Facility**: PIKE COUNTY CORRECTIONAL FACILITY

*\* Click on the Detention Facility name to obtain facility contact information*

BACK TO SEARCH >

Related
Information

Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

External Links

search

Bureau of Prisons Inmate
Locator



DHS.gov USA.gov OIG OpenGov FOIA No Fear Act Metrics Map Site Policies & Plug-Ins Site