JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

William Thomas Pates

## DEFENDANTS

Sam's East, Inc. d/b/a Sam's Club Store #8175

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Benton County**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Marzzacco Injury Law 945 E. Park Drive Suite 103 Harrisburg, PA 17111 (717)231-1640 321896

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332

Brief description of cause:
Premises Liability

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ exceeding $75,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 07/23/2026

SIGNATURE OF ATTORNEY OF RECORD *(signature)*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**MARZZACCO INJURY LAW**
BY:  Christopher J. Marzzacco, Esquire
Supreme Court ID #78262
BY:   Rebecca L. Bailey, Esquire
Supreme Court ID #321896
945 East Park Drive, Suite 103
Harrisburg, PA 17111
(717) 231-1640
cmarzzacco@klnivenlaw.com
rbailey@klnivenlaw.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM THOMAS PATES | : | No. |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION – LAW |
| | : | |
| SAM'S EAST, INC. | : | |
| *d/b/a* SAM'S CLUB STORE #8175 | : | |
| | : | |
| Defendant. | : | JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff, William Thomas Pates, by and through his attorneys, Christopher J. Marzzacco, Esquire and Rebecca L. Bailey, Esquire of Marzzacco Injury Law, hereby states the following against the above-named Defendant:

## PARTIES

1.     Plaintiff William Thomas Pates (hereinafter "Plaintiff Pates") is an adult individual residing at 106 S. 17th Street, Harrisburg, Pennsylvania 17104.

1

2.      Defendant Sam's East, Inc. is an Arkansas corporation with its principal place of business located at 1 Customer Dr., Bentonville, Arkansas 72716.

3.      At all material times, Defendant Sam's East, Inc. owned, operated, possessed, managed, and/or controlled Sam's Club store #8175 located at 6781 Grayson Road, Harrisburg, Dauphin County, Pennsylvania.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over this matter under 28 U.S.C. § 1332 because the action is between citizens of different states as Plaintiff Pates resides in Pennsylvania and Defendant Sam's East, Inc.'s principal place of business is in Arkansas, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.      Venue is proper in the Federal District for the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1391 because Sam's Club Store #8175 is located in Dauphin County, Pennsylvania.

## FACTUAL BACKGROUND

6.      The facts and circumstances giving rise to this cause of action occurred on September 15, 2024, near the meat and cheese departments at Sam's Club store #8175 (hereinafter "Sam's Club").

7.      On September 15, 2024, Plaintiff Pates was shopping for goods and groceries at Sam's Club.

8.      At approximately 9:30 a.m. on said date, Plaintiff Pates pulled a pre-packaged brisket from the cooler shelf and was placing it in his cart when suddenly and without warning, a shopping cart struck his body causing him to lose balance and fall to the ground.

9.      Before hitting the ground, Plaintiff Pates struck his back against a metal bar on the cooler.

10.     As a direct result of the aforesaid incident, Plaintiff Pates suffered serious and permanent injuries, including, but not limited to, lumbar radiculopathy, right foot drop, and impending cauda equina syndrome, requiring surgical intervention.

11.     The shopping cart that struck Plaintiff Pates' body was being operated and controlled by a male, adult employee, agent and/or contractor of Defendant Sam's East, Inc.

12.     After reasonable investigation, it is believed and therefore alleged that the employee, agent, and/or contractor of Defendant Sam's East, Inc., who was pushing the cart that caused the actual harm to Plaintiff Pates, was working within the scope and course of his employment with Defendant Sam's East, Inc. at the time of the aforesaid incident.

13.     After reasonable investigation, it is believed and therefore alleged that the agent, employee, and/or contractor of Defendant Sam's East, Inc. who struck

Plaintiff Pates with the cart, was warned in the past by management of his carelessness in operating same.

14. At all material times, Plaintiff Pates was a business invitee of Defendant Sam's East, Inc. because he was shopping for goods and groceries during business hours at Sam's Club and therefore lawfully on the subject premises.

15. At all relevant times, Plaintiff Pates acted in a safe, prudent, and reasonable manner and in no way contributed to the injuries he ultimately suffered from this incident.

**<u>COUNT I - NEGLIGENCE</u>**
**WILLIAM THOMAS PATES** v. **SAM'S EAST, INC.** *d/b/a* **SAM'S CLUB STORE #8175**

16. Plaintiff Pates incorporates herein by reference the allegations set forth in the above paragraphs as if fully set forth at length below.

17. Defendant Sam's East, Inc., either individually, and/or through its agents, contractors, and/or employees, had a duty to properly train, supervise, and regulate the behavior of its employees, agents and/or contractors who handled shopping carts around customers, including Plaintiff Pates.

18. The aforesaid fall and resulting injuries to Plaintiff Pates were a direct and proximate result of the negligence and carelessness of Defendant Sam's East, Inc., either individually, and/or through its agents, contractors and/or employees, which consisted of the following:

a.   Failing to ensure its agents, employees, and/or contractors were adequately supervised in operating carts around business invitees so as not to cause harm to same or others lawfully on the subject premises, including Plaintiff Pates;

b.   *Respondeat superior* for failure of its agents, employees, and/or contractors to reasonably operate the shopping carts and/or otherwise exercise due and reasonable care under the circumstances in view of the foreseeable dangers, accidents, and/or injuries that would occur as a result of operating the carts at a careless speed and/or operating same without clear assurances for things/persons in the aisle, including Plaintiff Pates;

c.   Failing to properly supervise its agents, employees, and/or contractors charged with operating the shopping carts used to restock shelves, return items, and/or pick orders, to ensure they are operating the carts with reasonable care so as to prevent any foreseeable harm from occurring to its customers, including Plaintiff Pates;

d.   Creating the dangerous condition by continuing to allow its agent, employee, and/or contractor to operate the carts knowing he demonstrated negligent and/or careless behavior in operating the carts in the past;

e.   *Respondeat superior* for its agent, employee and/or contractor's failure to exercise reasonable care, custody, and control over the cart, which directly caused Plaintiff Pates' injuries as a result of the cart striking his body; and

f.   Failing to train its agents, employees, and/or contractors to operate carts with reasonable care, custody, and control so as not to cause harm to business invitees or others lawfully on the premises, including Plaintiff Pates.

19.   Each of the foregoing acts and omissions, taken singularly or in combination, was a proximate cause of Plaintiff Pates injuries and damages.

5

20.    As a further result of the aforesaid incident caused by the carelessness and negligence of Defendant Sam's East, Inc., Plaintiff Pates was forced to seek medical treatment in an effort to cure his injuries and will be obligated to do so into the foreseeable future incurring medical expenses, out of pocket expenses, and/or the obligation to repay medical and/or disability liens to his great detriment and loss.

21.    As a further result of the aforesaid incident caused by the carelessness and negligence of Defendant Sam's East, Inc., Plaintiff Pates has incurred lost wages and will continue to incur the same into the foreseeable future.

22.    As a further result of the aforesaid incident, Plaintiff Pates has suffered pain, discomfort, embarrassment, disfigurement, and the inability to perform various activities of daily living, which will continue into the foreseeable future, to his great detriment and loss.

23.    As a direct and proximate result of Defendant Sam's East, Inc.'s carelessness and negligence, Plaintiff Pates has suffered a permanent diminution of his ability to enjoy life and life's pleasures.

## **<u>PRAYER FOR RELIEF</u>**

**WHEREFORE**, the Plaintiff, William Thomas Pates, respectfully requests this Honorable Cout enter judgment in his favor and against Defendant Sam's East, Inc. *d/b/a* Sam's Club Store #8175.

Respectfully submitted,

6

**MARZZACCO INJURY LAW**

By:    */s/ Rebecca L Bailey*
       Christopher J. Marzzacco, Esq. (PA 78262)
       Rebecca L Bailey, Esq. (PA 321896)
       945 East Park Drive, Suite 103
       Harrisburg, PA 17111
       (717) 231-1640
       (717) 231-1650 (fax)
       cmarzzacco@klnivenlaw.com
       rbailey@klnivenlaw.com

Date:  July 23, 2026                      *Attorneys for Plaintiff*

7