## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JONATHAN MULLEN,

*Plaintiff,*

v.

ROCKET MORTGAGE, LLC,

*Defendant.*

Case No.

## ROCKET MORTGAGE LLC'S NOTICE OF REMOVAL

Rocket Mortgage, LLC ("Rocket Mortgage"), by and through its undersigned counsel, hereby gives Notice of Removal of the above-captioned case, currently pending in the Magisterial District Court for the Commonwealth of Pennsylvania, County of Cumberland as Civil Action No. MJ-09101-CV-0000097-2026 (the "Action"), to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. Pursuant to 28 U.S.C. § 1441(a), the Action is removable because it presents claims that arise under the laws of the United States, and therefore satisfies the requirements of 28 U.S.C. § 1331.

As grounds for removal, Rocket Mortgage states as follows:

## BACKGROUND

1.      On May 27, 2026, Plaintiff Jonathan Mullen ("Plaintiff") filed a civil complaint (the "Complaint") in the Magisterial District Court for the

Commonwealth of Pennsylvania, County of Cumberland, Docket No. MJ-09101-CV-0000097-2026.

2.      The Complaint alleges Plaintiff received telephone calls and text messages without Plaintiff's consent.

3.      Based on those communications, the Complaint purports to assert claims against Rocket Mortgage for violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*.

4.      On June 1, 2026, counsel for Rocket Mortgage informed Plaintiff that Rocket Mortgage was not the entity that allegedly placed the calls at issue in the Complaint and has asked Plaintiff to voluntarily dismiss the suit.  He has not yet done so.

5.      Rocket Mortgage now removes the Action to federal court.

## STATUTORY REQUIREMENTS FOR REMOVAL
## 28 U.S.C. § 1331 (FEDERAL QUESTION JURISDICTION)

6.      This Court has original jurisdiction over Plaintiff's TCPA claim pursuant to 28 U.S.C. § 1331 because it "plainly 'aris[es] under' the 'laws . . . of the United States.'" *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 377 (2012) (quoting 28 U.S.C. § 1331).  In *Mims*, the Supreme Court held that the TCPA gives rise to federal question jurisdiction because "federal law creates the right of action and provides the rules of decision." *Id*.  The Supreme Court's decision in *Mims* confirms that this Action is removable pursuant to 28 U.S.C. § 1331.

2

7.    Therefore, this Court has original jurisdiction over this Action pursuant to 28 U.S.C. § 1331.

## **PROCEDURAL REQUIREMENTS FOR REMOVAL**

8.    The procedural requirements for removal are met here.

9.    This Action may be removed because it is a civil action within the meaning of the acts of Congress relating to the removal of cases.  *See* 28 U.S.C. § 1441.

10.    Removal to this Court is proper pursuant to 28 U.S.C. §§ 118(b) and 1441(a), because the United States District Court for the Middle District of Pennsylvania is the federal judicial district embracing the Magisterial District Court of Cumberland County, Pennsylvania, where this Action was originally filed.  *See* 28 U.S.C. § 118(b) (stating that the Middle District of Pennsylvania includes Cumberland County).

11.    This removal is timely because this Notice is being filed with this Court within thirty (30) days of being served the Complaint on July 17, 2026.  *See* 28 U.S.C. § 1446(b)(1).

12.    Pursuant to 28 U.S.C. § 1446(d), Rocket Mortgage is contemporaneously filing a Notice of Filing of Notice of Removal with the Magisterial District Court for the Commonwealth of Pennsylvania, County of Cumberland.  Rocket Mortgage is also serving on Plaintiff a notice of the removal

of this action as well as a copy of the notice filed with the Magisterial District Court for the Commonwealth of Pennsylvania, County of Cumberland.

13.     Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders filed in the Action in the state court is attached hereto as **Exhibit A**.

14.     Consent to removal is not required because, among other reasons, Rocket Mortgage is the only defendant in the Action at this time.

15.     This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11, in compliance with 28 U.S.C. § 1446(a).

16.     The prerequisites for removal under 28 U.S.C. §§ 1441 and 1446 have been met.  If any questions arise as to the propriety of removal of this Action, Rocket Mortgage requests the opportunity to present a brief, oral argument, and any further evidence necessary in support of its position that this case is removable.

17.     By filing this Notice of Removal, Rocket Mortgage does not waive and expressly reserves the right to object to service of process, the sufficiency of process, personal jurisdiction, or venue, and Mr. Cooper specifically reserves the right to assert any defenses and/or objections to which it may be entitled.

WHEREFORE, Rocket Mortgage removes the state court action from the Magisterial District Court for the Commonwealth of Pennsylvania, County of Cumberland, to the United States District Court for the Middle District of

Pennsylvania, so that this Court may assume jurisdiction over the case as provided by law.

McNEES WALLACE & NURICK LLC

Respectfully submitted,

Date:  July 29, 2026                    By:  _____

Veronica L. Morrison, Esquire
Attorney I.D. No. 310095
Sean C. Campbell, Esquire
Attorney I.D. No. 321246
100 Pine St.
Harrisburg, PA 17101
(717) 237-5359
vmorrison@mcneeslaw.com
scampbell@mcneeslaw.com

*Attorneys for Defendant*

5

## CERTIFICATE AND NOTICE OF FILING

I certify that on July 29, 2026, this Notice of Removal was sent to the Clerk Magisterial District Court for the Commonwealth of Pennsylvania, County of Cumberland and that written notice of filing of the Notice of Removal was served electronically upon Plaintiff.

McNEES WALLACE & NURICK LLC

Respectfully submitted,

Date: July 29, 2026

By: _____
Veronica L. Morrison, Esquire
Attorney I.D. No. 310095
Sean C. Campbell, Esquire
Attorney I.D. No. 321246
100 Pine St.
Harrisburg, PA 17101
(717) 237-5359
vmorrison@mcneeslaw.com
scampbell@mcneeslaw.com

*Attorneys for Defendant*