**Exhibit A**

# Magisterial District Judge 09-1-01

## DOCKET



Docket Number: MJ-09101-CV-0000097-2026

## Civil Docket

Jonathan  Mullen
v.
Rocket Mortgage, LLC

Page 1 of 1

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge Christopher Delozier | File Date: | 05/27/2026 |
| Claim Amount: | $12,000.00 | Case Status: | Active |
| Judgment Amount: | | County: | Cumberland |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Civil Action Hearing | 07/10/2026 | 1:30 pm | | Magisterial District Judge Christopher Delozier | Continued |
| Civil Action Hearing | 07/31/2026 | 12:00 pm | | Magisterial District Judge Christopher Delozier | Scheduled |

### CASE PARTICIPANTS

| Participant Type | Participant Name | Address |
|---|---|---|
| Defendant | Rocket Mortgage, LLC | Detroit, MI 48226 |
| Plaintiff | Mullen, Jonathan | New Cumberland, PA 17070 |

### DISPOSITION SUMMARY

| Docket Number | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 05/27/2026 | Certified Civil Complaint Issued | Magisterial District Court 09-1-01 | Rocket Mortgage, LLC, Defendant |
| 05/27/2026 | Civil Complaint Filed | Jonathan Mullen | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF Cumberland



# CIVIL COMPLAINT

| Mag. Dist. No: 09-1-01 | |
|---|---|
| MDJ Name: Judge Christopher Delozier | |
| Address: 920 Linda Ln, | |
| Camp Hill, PA, 17011 | |
| Telephone: | |

PLAINTIFF:    NAME and ADDRESS

Jonathan Mullen
1506 Bridge St.
New Cumberland PA, 17070

DEFENDANT:    v    NAME and ADDRESS

Rocket Mortgage, LLC
1050 Woodward Ave
Detroit MI 48226

Docket No: CV-97. 26

Case Filed: 5/27/26

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ 2,12.05 | |
| POSTAGE | $ 11.00 | |
| SERVICE COSTS | $ | |
| CONSTABLE ED. | $ | |
| TOTAL | $ 223.05 | 5/27/26 |

Pa.R.Civ.P.M.D.J. 206 sets forth those costs recoverable by the prevailing party.

To The Defendant: The above named plaintiff(s) asks judgment against you for $ 12,000.00 together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

This claim is brought for 15 willful/knowing violations of the Telephone Consumer Protection Act ("TCPA") 47 U.S.C. § 227 by defendant. Plantiff was registered on the National Do-Not-Call list and revoked consent, both orally and written, to be contacted on many occassions; yet the defendant disragarded this lack of consent and continued contacting plaintiff thereby violating § 227(c)(3)(F).

- Plaintiff is seeking $12,000.00 in statutory damages under 47 U.S.C. § 227(c)(5)(C) plus costs to file. Plaintiff is also seeking an injunction of defendant's contact with plaintiff.
- Please see the attached "Statement of the Claim" document which is 3 pages and includes a Statement of Jurisdiction, Statement of the Facts, Causes of Action, and Prayer for Relief.
- Additionally, this claim is supported by 10 plaintiff's exhibits numbered from 1-10.

I, Jonathan Mullen verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) related to unsworn falsification to authorities.

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

_____
(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.Civ.P.M.D.J. 207.1

Please see the attached Hearing Notice for important information about appearing at the hearing and the opportunity to file a complaint against the plaintiff if you have a claim. See Pa.R.Civ.P.M.D.J. 305.

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.**

AOPC 308A      1

FREE INTERPRETER
www.pacourts.us/language-rights

**Statement of Claim**

## 1. The Parties

The plaintiff is Jonathan Paul Mullen, a private individual.

The defendant is Rocket Mortgage, LLC, a Michigan financial institution which solicits homeowners to refinance mortgages with their company.

## 2. Jurisdiction and Venue

This Court has subject matter jurisdiction pursuant to PA Title 42 § 1515(3) as this is a civil claim and the amount in controversy does not exceed $12,000.00.

This Court has personal jurisdiction over the defendant pursuant to PA Title 42 § 5301(a)(2) as defendant is a foreign corporation which is registered in the Commonwealth (Exhibit 1) and carries on a continuous and systematic part of its general business within this Commonwealth as evidenced by a banking and NMLS licenses within the Commonwealth (Exhibit 2, page 2).

This court is the proper venue pursuant to 246 Pa. Code r. 302(c)(3) and (4) as this is the jurisdiction where the cause of action arose and the occurrence took place out of which the cause of action arose.

## 3. Statement of Facts

1. Rocket Mortgage, LLC is a Michigan based financial institution registered to do business in the Commonwealth of PA (Exhibit 1). Rocket Mortgage holds a Nationwide Multistate Licensing System & Registry (NMLS) number and is therefore a member of the National Association of Realtors (NAR). The NAR published a legal compliance memo which explicitly detailed to its members how to avoid violations of the TCPA (Exhibit 10).

2. On 5 April 2026, due to overwhelming phone solicitations, plaintiff registered phone number on the National Do-Not-Call Registry (Exhibit 3). The plaintiff has had no prior business relationship with the defendant and has never given consent, written or orally, to be contacted.

3. On 28 April 2026 at 8:37 AM defendant called plaintiff from (814) 508-3982 to (484) 651-0682. Plaintiff told defendant not to call again (Exhibit 4, page 11).

4. On 28 April 2026 at 9:15 AM defendant called plaintiff again and the call was not answered (Exhibit 4, page 10). From (814) 508-3982 to (484) 651-0682.

5. On 28 April 2026 at 9:58 AM defendant called plaintiff again and the call was not answered (Exhibit 4, page 9). From (814) 508-3982 to (484) 651-0682.

**Statement of Claim**

6. On 30 April 2026 at 9:38 AM defendant called plaintiff again and the call was not answered (Exhibit 4, page 8). From (814) 508-3982 to (484) 651-0682.

7. On 1 May 2026 at 9:01 AM defendant called plaintiff again and the call was not answered (Exhibit 4, page 7). From (814) 508-3982 to (484) 651-0682.

8. On 8 May 2026 at 10:16 AM defendant called plaintiff again. This call was recorded and a transcript provided (Exhibit 5, page 3). In the recording, an audible "buzz" is heard, indicating the use of an auto-dialer (Exhibit 5, page 3). From (814) 508-3982 to (484) 651-0682 (Exhibit 4, page 6).

9. On 8 May 2026 at 2:06 PM defendant called plaintiff again and the call was not answered (Exhibit 4, page 5). From (814) 508-3982 to (484) 651-0682.

10. On 8 May 2026 at 3:20 PM defendant called plaintiff again. This call was recorded and a transcript provided (Exhibit 5, page 2). Within the call, defendant is soliciting refinancing services. In the call, plaintiff stated "I've previously told y'all not to call me" and yet the defendant's agent merely asks if there is a "better time [to] speak with you" to which the plaintiff states again "no" (Exhibit 5, page 2). From (814) 508-3982 to (484) 651-0682 (Exhibit 4, page 4).

11. On 12 May 2026 at 2:36 PM defendant called plaintiff again and the call was answered and ended after 11 seconds (Exhibit 4, page 3). From (814) 508-3982 to (484) 651-0682.

12. On 13 May 2026 at 9:57 AM defendant called plaintiff again and the call was not answered (Exhibit 4, page 2). From (814) 508-3982 to (484) 651-0682.

13. On 13 May 2026 at 12:04 PM, defendant sent a text to plaintiff soliciting a new "IRRRL" refinancing option (Exhibit 6). This text was sent to plaintiff from a new number (424) 201-2178 (Exhibit 6). From (424) 201-2178 to (484) 651-0682.

14. On 13 May 2026 at 12:04 PM, defendant also sent an unsolicited image outlining the details of the offered service (Exhibit 6). From (424) 201-2178 to (484) 651-0682.

15. On 13 May 2026 at 4:01 PM, defendant sent another unsolicited text to plaintiff (Exhibit 6). From (424) 201-2178 to (484) 651-0682.

16. On 13 May 2026, Plaintiff sent two copies of a legal letter to defendant via certified mail offering a settlement for these violations and demanding a cease to all contact. One copy was sent to defendants listed address in Detroit and the other to their Detroit P.O. box (Exhibits 7 and 8).

17. On 14 May 2026 at 8:40 AM, defendant called plaintiff again. This call was recorded and a transcript provided (Exhibit 5, page 1). Within the call, plaintiff states "please don't call me" to which defendant's agent merely says, "okay… I mean, while we're on the

page 2

**Statement of Claim**

phone together, did you already get down from a 6 1/2%?" Yet again, upon plaintiff's express intent not to be contacted and end the call, defendant's agents disregard and try to continue the sales call. From (267) 344-1512 to (484) 651-0682.

## 4. Causes of Action

This action is brought under the Telephone Consumer Protection Act ("TCPA") 47 U.S.C. § 227(c) which provides a private right of action by individuals for violations of the statute under § 227(c)(5). The TCPA allows statutory damages of $500.00 per violation or $1,500.00 per "willful or knowing" violation under § 227(c)(5)(C).

1. The violations of the TCPA in this case were done willfully or knowingly because Rocket Mortgage holds a Nationwide Multistate Licensing System & Registry ("NMLS") number and is therefore a member of the National Association of Realtors ("NAR") (Exhibit 2). The NAR published a legal compliance memo which explicitly detailed to its members how to avoid violations of the TCPA (Exhibit 10). Second, plaintiff's number was within the National Do-Not-Call Registry when these calls and texts occurred and therefore defendant had notice that a call to that number would be a TCPA violation (Exhibit 3). And third, plaintiff revoked consent to be contacted on multiple occasions both verbally and through text; yet defendant refused to stop (Exhibit 5 and Exhibit 6). Therefore, defendant knew, should have known, or willfully contacted plaintiff in violation of the TCPA § 227(c)(3)(F).

2. In total, defendant contacted plaintiff 11 times via phone call and 4 times via text message (Exhibit 9). These calls and texts were knowing/willful violations of § 227(c)(3)(F) as plaintiff's number was registered on the National Do-Not-Call Registry maintained by the FCC at the time of the call or text and defendant had training on such violations (Exhibit 10).

## 5. Prayer for Relief

1. I ask the court to find that these violations of the TCPA were knowing or willful.

2. I ask the court to award $12,000.00 in statutory damages plus the costs to bring this claim. Plaintiff is seeking $1,500.00 per call/text in statutory damages as allowed by § 227(c)(5)(C). The total in violations is $22,500.00 however, to remain within the limits of this Court, plaintiff is pursuing the maximum of $12,000.00 plus costs (Exhibit 9).

3. Order an injunction of all further contact by the defendant.

page 3

Exhibit 1 - PA Business Registration



An Official **Pennsylvania** Government Website

Business    UCC    Trademark    CROP

Login

Home

Search

Initial Forms

Help

# Business Search

*As of 05/25/2026 we have processed all business filings received in our office through 05/20/2026.*

Business Search Info:

rocket mortgage

*

Advanced

Results: 3

| Filing Information | Initial Filing Date | Status | Entity Type | Formed In | Address |
|---|---|---|---|---|---|
| ROCKET MORTGAGE (6489787) | 12/23/2016 | Active | Fictitious Name | PENNSYLVANIA | 1050 WOODWARD AVENUE, DETROIT, MI 48226 |
| Rocket Mortgage Services (15026932) | 12/19/2025 | Active | Fictitious Name | PENNSYLVANIA | BLOCK 1A DLF SEZ IT PARK 6TH FLOOR MOUNT POONAMALLE ROAD MANNAPAKKAM 600089 INDIA |
| ROCKET MORTGAGE, LLC (2698396) | 06/03/1996 | Active | Foreign Limited Liability Company | MICHIGAN | CT Corporation System |

Page 1

Skip to main content

# NMLS consumer access

## Rocket Mortgage, LLC

| | | | |
|---|---|---|---|
| NMLS ID: 3030 | Street Address: 1050 Woodward Avenue Detroit, MI 48226<br>Mailing Address: 1050 Woodward Avenue Detroit, MI 48226 | Phone: 800-863-4332<br>Toll-Free Number: 800-863-4332<br>Fax: 855-455-4791 | Website: Redfin.com, rocket.com/mortgage, www.rocketmortgage.com, www.rushmoreservicing.com<br>Email: CompanyLicensing@rocketmortgage.com |

| | |
|---|---|
| Other Trade Names : | Champion Mortgage; Champion Mortgage Company; Champion Mortgage Company of Ohio; Champion Mortgage Company of Texas; Rocket; Rocket HQ; Rocket Mortgage; Rocket Pro; Rocket Professional; Rushmore Servicing; Rushmore Servicing Group |
| Prior Other Trade Names : | Life Rocket; MyPerfectHome.com; QLMS; Quicken Loans; Quicken Loans Mortgage Services; Rock Financial; Rocket Life; Rocket Pro Originate; Rocket Pro Origination; Rocket Pro Third Party Origination; Rocket Pro TPO; ThatsMyMortgage.com |
| Prior Legal Names : | Quicken Loans Inc.; Quicken Loans, LLC |
| Sponsored MLOs : | 3,629 |

| | | | | |
|---|---|---|---|---|
| Fiscal Year End: 12/31 | Formed in: Michigan, United States | Date Formed: 06/21/1985 | Stock Symbol: None | Business Structure: Limited Liability Company |

Regulatory Actions : Yes

## Branch Locations  (83 Active, 3,774 Inactive)

## State Licenses/Registrations  (Displaying 165 Active of 183 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| **Alabama** | Consumer Credit License | Yes | **Submit to Regulator** |
| **Alaska** | Mortgage Broker/Lender License | Yes | **Submit to Regulator** |
| **Alaska** | Mortgage Broker/Lender License - Other Trade Name #1 | Yes | **Submit to Regulator** |
| **Alaska** | Mortgage Broker/Lender License - Other Trade Name #2 | Yes | **Submit to Regulator** |
| **Alaska** | Mortgage Broker/Lender License - Other Trade Name #3 | Yes | **Submit to Regulator** |
| **Alaska** | Mortgage Broker/Lender License - Other Trade Name #4 | Yes | **Submit to Regulator** |
| **Alaska** | Mortgage Broker/Lender License - Other Trade Name #5 | Yes | **Submit to Regulator** |
| **Alaska** | Mortgage Broker/Lender License - Other Trade Name #6 | Yes | **Submit to Regulator** |
| **Arizona** | Collection Agency License | Yes | **Submit to Regulator** |
| **Arizona** | Collection Agency License - Other Trade Name #1 | Yes | **Submit to Regulator** |
| **Arizona** | Collection Agency License - Other Trade Name #2 | Yes | **Submit to Regulator** |
| **Arizona** | Collection Agency License - Other Trade Name #3 | Yes | **Submit to Regulator** |
| **Arizona** | Collection Agency License - Other Trade Name #4 | Yes | **Submit to Regulator** |
| **Arizona** | Mortgage Banker License | Yes | **Submit to Regulator** |
| **Arkansas** | Combination Mortgage Banker-Broker-Servicer License | Yes | **Submit to Regulator** |
| **California - DFPI** | Financing Law License | Yes | **Submit to Regulator** |
| **California - DFPI** | Residential Mortgage Lending Act License | Yes | **Submit to Regulator** |
| **Colorado** | Mortgage Company Registration | Yes | **Submit to Regulator** |
| **Connecticut** | Exempt Mortgage Servicer Registrant | Yes | **Submit to Regulator** |
| **Connecticut** | Mortgage Lender License | Yes | **Submit to Regulator** |
| **Delaware** | Lender License | Yes | **Submit to Regulator** |
| **District of Columbia** | Mortgage Lender License | Yes | **Submit to Regulator** |
| **Florida** | Mortgage Lender Servicer License | Yes | **Submit to Regulator** |
| **Georgia** | Mortgage Lender License | Yes | **Submit to Regulator** |
| **Guam** | Mortgage Servicer License | Yes | **Submit to Regulator** |
| **Hawaii** | Mortgage Loan Originator Company License | Yes | **Submit to Regulator** |
| **Hawaii** | Mortgage Servicer License | Yes | **Submit to Regulator** |
| **Idaho** | Collection Agency License | Yes | **Submit to Regulator** |
| **Idaho** | Mortgage Broker/Lender License | Yes | **Submit to Regulator** |

Page 1

Exhibit 2 - NMLS and Banking License

| Nebraska - SOS | Collection Agency License | | Submit to Regulator |
|---|---|---|---|
| Nevada | Mortgage Company License | Yes | Submit to Regulator |
| Nevada | Supplemental Mortgage Servicer License | Yes | Submit to Regulator |
| Nevada | Supplemental Mortgage Servicer License - Other Trade Name #1 | Yes | Submit to Regulator |
| Nevada | Supplemental Mortgage Servicer License - Other Trade Name #2 | Yes | Submit to Regulator |
| Nevada - FID | Collection Agency License | Yes | Submit to Regulator |
| New Hampshire | Mortgage Banker License | Yes | Submit to Regulator |
| New Jersey | Residential Mortgage Lender License | Yes | Submit to Regulator |
| New Jersey | RMLA-Licensed Mortgage Servicer Registration | Yes | Submit to Regulator |
| New Mexico | Collection Agency License | Yes | Submit to Regulator |
| New Mexico | Mortgage Loan Company License | Yes | Submit to Regulator |
| New York | Exempt Mortgage Loan Servicer Registration | Yes | Submit to Regulator |
| New York | Mortgage Banker License | Yes | Submit to Regulator |
| North Carolina | Mortgage Lender License | Yes | Submit to Regulator |
| North Dakota | Residential Mortgage Lender | Yes | Submit to Regulator |
| North Dakota | Residential Mortgage Loan Servicer | Yes | Submit to Regulator |
| Ohio | General Loan Law Certificate of Registration | Yes | Submit to Regulator |
| Ohio | Residential Mortgage Lending Act Certificate of Registration | Yes | Submit to Regulator |
| Oklahoma | Lender Name Registration Other Trade Name #1 | Yes | Submit to Regulator |
| Oklahoma | Lender Name Registration Other Trade Name #2 | Yes | Submit to Regulator |
| Oklahoma | Lender Name Registration Other Trade Name #3 | Yes | Submit to Regulator |
| Oklahoma | Lender Name Registration Other Trade Name #4 | Yes | Submit to Regulator |
| Oklahoma | Lender Name Registration Other Trade Name #5 | Yes | Submit to Regulator |
| Oklahoma | Lender Name Registration Other Trade Name #6 | Yes | Submit to Regulator |
| Oklahoma | Mortgage Lender License | Yes | Submit to Regulator |
| Oregon | Collection Agency Registration | Yes | Submit to Regulator |
| Oregon | Mortgage Lending License | Yes | Submit to Regulator |
| Oregon | Mortgage Servicer License | Yes | Submit to Regulator |
| Pennsylvania | Mortgage Lender License | Yes | Submit to Regulator |

| Lic/Reg #: 21430 | Original Issue Date : 06/07/1999 | |
|---|---|---|
| Status : Approved | Status Date: 10/08/2025 | Renewed Through : 2026 |

Other Trade Names used in Pennsylvania : Champion Mortgage Company; Rocket Mortgage; Rocket Pro; Rocket Professional; Rushmore Servicing; Rushmore Servicing Group

**View Resident/Registered Agent(s) for Service of Process** ▶

| Pennsylvania | Mortgage Servicer License | Yes | Submit to Regulator |
|---|---|---|---|

| Lic/Reg #: 66619 | Original Issue Date : 06/04/2018 | |
|---|---|---|
| Status : Approved | Status Date: 10/08/2025 | Renewed Through : 2026 |

Other Trade Names used in Pennsylvania : Champion Mortgage Company; Rocket Mortgage; Rocket Pro; Rocket Professional; Rushmore Servicing; Rushmore Servicing Group

**View Resident/Registered Agent(s) for Service of Process** ▶

| Puerto Rico | Mortgage Lender/Servicer (Concesionarios/Administradores de Préstamos Hipotecarios) | Yes | Submit to Regulator |
|---|---|---|---|
| Rhode Island | Debt Collector Registration | Yes | Submit to Regulator |
| Rhode Island | Lender License | Yes | Submit to Regulator |
| Rhode Island | Third Party Loan Servicer License | Yes | Submit to Regulator |
| South Carolina-BFI | Mortgage Lender / Servicer License | Yes | Submit to Regulator |
| South Carolina-BFI | Mortgage Lender/Servicer License - Other Trade Name #1 | Yes | Submit to Regulator |
| South Carolina-BFI | Mortgage Lender/Servicer License - Other Trade Name #2 | Yes | Submit to Regulator |
| South Carolina-BFI | Mortgage Lender/Servicer License - Other Trade Name #3 | Yes | Submit to Regulator |
| South Carolina-BFI | Mortgage Lender/Servicer License - Other Trade Name #4 | Yes | Submit to Regulator |

Gmail

Jon M. <jpmullen97@gmail.com>

**National Do Not Call Registry - Your Registration Is Confirmed**

**Verify@donotcall.gov** <Verify@donotcall.gov>                                                    Fri, May 1, 2026 at 1:32 PM
To: jpmullen97@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 0682 on April 05, 2026. Most telemarkets will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov  to register another number or file a complaint against someone violating the Registry.

*************************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

Page 1

Exhibit 4 - Calls

# EXHIBIT 4 – CALL RECORDS AND VIOLATIONS

**May 14 2026 – 8:40 AM**

Call from (267) 344-1512 to (484) 651-0682

Notes: This call was recorded and transcript provided.

Violation/Damages: 47 U.S.C. § 227(c)(3)(F) $1,500.00



page 1

Exhibit 4 - Calls

**May 13 2026 – 9:57 AM**

Call from (814) 508-3982 to (484) 651-0682

Notes: Two violations by one call.

Violation/Damages: 47 U.S.C. § 227(c)(3)(F) $3,000.00



page 2

Exhibit 4 - Calls

**May 12 2026 – 2:36 PM**

Call from (814) 508-3982 to (484) 651-0682

Violation/Damages: 47 U.S.C. § 227(c)(3)(F) $1,500.00



page 3

Exhibit 4 - Calls

**May 8 2026 – 3:20 PM**

Call from (814) 508-3982 to (484) 651-0682

Notes: This call was recorded and transcript provided.

Violation/Damages: 47 U.S.C. § 227(c)(3)(F) $1,500.00



page 4

Exhibit 4 - Calls

**May 8 2026 – 2:06 PM**

Call from (814) 508-3982 to (484) 651-0682

Violation/Damages: 47 U.S.C. § 227(c)(3)(F) $1,500.00



page 5

Exhibit 4 - Calls

**May 8 2026 – 10:16 AM**

Call from (814) 508-3982 to (484) 651-0682

Notes: Two violations by this one call. This call was recorded and transcript provided.

Violation/Damages: 47 U.S.C. § 227, $3,000.00



Exhibit 4 - Calls

**May 1 2026 – 9:01 AM**

Call from (814) 508-3982 to (484) 651-0682

Violation/Damages: 47 U.S.C. § 227(c)(3)(F) $1,500.00



page 7

Exhibit 4 - Calls

**April 30 2026 – 9:38 AM**

Call from (814) 508-3982 to (484) 651-0682

Violation/Damages: 47 U.S.C. § 227(c)(3)(F) $1,500.00



Exhibit 4 - Calls

**April 28 2026 –9:58 AM**

Call from (814) 508-3982 to (484) 651-0682

Violation/Damages: 47 U.S.C. § 227(c)(3)(F) $1,500.00



page 9

Exhibit 4 - Calls

**April 28 2026 – 9:15 AM**

Call from (814) 508-3982 to (484) 651-0682

Violation/Damages: 47 U.S.C. § 227(c)(3)(F) $1,500.00



page 10

Exhibit 4 - Calls

**April 28 2026 – 8:37 AM**

Call from (814) 508-3982 to (484) 651-0682

Notes: I informed caller I was not interested and not to call again.

Violation/Damages: 47 U.S.C. § 227(c)(3)(F) $1,500.00



page 11

Exhibit 5 – Call Transcripts

# EXHIBIT 5 – CALL TRANSCRIPTS

**Transcript May 14 2026 – 8:40 AM**

This is the transcript of a call from (267) 344-1512 to (484) 651-0682 according to the recording. This call shows that the number does belong to Rocket Mortgage and that, despite stating not to call me and trying to end the call, the salesman refuses to stop. This is evidence of knowingly calling despite TCPA.

CALL START

(484) 651-0682: "Hello?"

(267) 344-1512: "Hi, my name is Derek I'm a wholesale broker with Rocket Mortgage. How's it going today, sir?"

(484) 651-0682: "Fine, but please… you said what company are you with?"

(267) 344-1512: "I'm a wholesale broker with Rocket Mortgage."

(484) 651-0682: "Yeah, please don't call me."

(267) 344-1512: "Okay, so I can definitely get that done for you. I mean, while we're on the phone together, did you already get down from a 6 1/2%?"

(484) 651-0682: "No. Please don't call me."

CALL ENDED

page 1

Exhibit 5 – Call Transcripts

**Transcript May 8 2026 – 3:20 PM**

This is the transcript of a call from (814) 508-3982 to (484) 651-0682 according to the recording. This call shows that the number does belong to Rocket Mortgage and that, despite stating not to call me and trying to end the call, the salesman refuses to stop. This is evidence of knowingly calling despite TCPA.

CALL START

(484) 651-0682: "Hello?"

(814) 508-3982: "Good afternoon [Mr.] Jonathan how are you?"

(484) 651-0682: "Hello… how about you?"

(814) 508-3982: "I'm doing well thank you so much for asking. My name is Ashwani and I'm with Rocket Mortgage fee [assessment] team, do you have a few minutes to speak with me?"

(484) 651-0682: "No, I don't and I've previously told y'all not to call me."

(814) 508-3982: "Is there a better time I can speak with you?"

(484) 651-0682: "No there's not, have a good day."

CALL ENDED

Exhibit 5 – Call Transcripts

**Transcript May 8 2026 – 10:16 AM**

This is the transcript of a call from (814) 508-3982 to (484) 651-0682 according to the recording. This call showcases the use of a computer "auto-dialer" and "abandoned calls", both of which are violations of 47 U.S.C. § 227.

    CALL START

    (484) 651-0682: "Hello?…"

    (814) 508-3982: [buzz sound]

    (484) 651-0682: "Hello?… Hello?"

    CALL ENDED

Exhibit 6 - Texts

# EXHIBIT 6 – Texts

This is a text exchange between a rocket mortgage agent and plaintiff on 13 May 2026.



page 1

# Exhibit 7 - Receipt of Letter

**UNITED STATES POSTAL SERVICE**

May 16, 2026

Dear Jonathan Mullen:

The following is in response to your request for proof of delivery on your item with the tracking number: **9502 1122 8417 6133 9848 31**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | May 15, 2026, 10:37 am |
| **Location:** | DETROIT, MI 48216 |
| **Postal Product:** | USPS Ground Advantage™ - Retail |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | C STANESCU |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 7.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *Cornelius Stanescu* |
| Address of Recipient: | *Kucher 5/15* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

page 1



**UNITED STATES POSTAL SERVICE** ®

May 21, 2026

Dear Jonathan P Mullen:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9502 1122 8417 6133 9848 62**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | May 18, 2026, 09:48 am |
| **Location:** | DETROIT, MI 48233 |
| **Postal Product:** | USPS Ground Advantage™ - Retail |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Recipient Name:** | C STANESCU |
| **Actual Recipient Name:** | C STANESCU |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 7.0oz |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**

Delivery Section
Signature X
Printed Name Corneliu Stanescu
Delivery Address PO Box 442359

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

page 2

# LEGAL DEMAND LETTER

**From:**

Full Name: Jonathan Paul Mullen

Address: 1506 Bridge St, New Cumberland PA, 17070

Phone: 484-651-0682

Email: jpmullen97@gmail.com

**To:**

Company Name: Rocket Mortgage

Address: 1050 Woodward Ave., Detroit, MI 48226-1906

Phone: (814) 508-3982

Via Certified Mail

**RE: Demand Letter for Violations of the Telephone Consumer Protection Act (TCPA)**

Dear Sir or Madam,

This letter serves as a formal demand for **$18,000.00** in violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. ("TCPA"). I am attempting to resolve this outside of court, however, if we cannot come to an agreement, I intend to sue.

Below is a statement of my case I intent to submit to court if we cannot reach an agreement:

As of 13 May 2026, I have received ten unsolicited calls from Rocket Mortgage despite no prior express consent to receive such communications (See Exhibit 3 – Call Records and Violations). The purpose of these calls was to solicit a service to refinance my mortgage. I have explicitly, on numerous occasions told the agents of Rocket Mortgage to cease calling me and have a recording of myself doing so (See Exhibit 4 – Call Transcripts). The TCPA prohibits the use of automated telephone dialing systems or prerecorded voice messages to contact consumers without their prior express written consent. I have a recording of Rocket Mortgage using such an automated dialing system to contact me in violation of 47 U.S.C. § 227. Additionally, according to TCPA sec. 227(c), two or more calls within a 12-month period to phone numbers listed with the national do not call registry is a violation.

Rocket Mortgage knew or should have known their actions were in violation of 47 U.S.C. § 227. Rocket Mortgage holds a Nationwide Multistate Licensing System & Registry (NMLS) number and is therefore a member of the National Association of Relators (NAR). The NAR published a legal compliance memo which explicitly detailed to its members how to avoid violations of the TCPA (See Exhibit 2). Additionally, my phone number was listed on the National Do-Not-Call Registry, thereby giving notice that a call to solicit goods or services would be a violation of the TCPA.

I have no existing business relationship with Rocket Mortgage and have never given express written consent to be contacted. My number, 484-651-0682, has been registered in the National Do-Not-Call registry for over the required 31 days (Exhibit 1).

Page 1

TCPA sec. 227(b)(3), gives individuals a private right of action for violations under the act. I am pursuing **$18,000.00** in violations.

**Legal Basis for Demand:**

TCPA prohibits initiating telephone calls or text messages to a cellular telephone number without prior express consent or in violation of a do-not-call request. The statute provides for statutory damages of $1,500 per willful or knowing violation and a private right of action to relief.

**Demand for Relief/ Settlement Offer:**

Accordingly, I demand that you immediately:

1. **Provide $10,000.00 via mailed check to my above address** in lieu of the $18,000.00 for which I am entitled. If provided, I agree to not pursue any further action concerning these violations.

2. Cease all unsolicited calls and text messages to my telephone number(s).

3. Provide written assurance within ten (10) days from receipt of this letter that you have complied with this demand.

4. Provide me with a copy of your internal Do-Not-Call Registry.

**Reservation of Rights:**

Please be advised that this letter is a formal notice of violation and demand for relief. If you fail to comply with these demands, I reserve the right to pursue all available legal remedies under the TCPA, including but not limited to filing a lawsuit seeking statutory damages, injunctive relief, and attorney's fees and costs.

Please govern yourselves accordingly. Should you have any questions or wish to discuss this matter, you may contact me at the phone number or email listed above.

Respectfully,

Jonathan Mullen

EXHIBITS

Exhibit 1 – National Do-Not-Call Registration

Exhibit 2 – TCPA Compliance Memo

Exhibit 3 – Call Logs and Violations

Exhibit 4 – Call Transcripts

# Exhibit 9 - Totals Log

| Violation | Statutory Damages | Date Of Occurrence | Call or Text | Time of Occurrence | "From" number |
|-----------|-------------------|--------------------|--------------|--------------------|---------------|
| § 227(c)(3)(F) | $ 1,500.00 | April 28 2026 | Call | 8:37 AM | (814) 508-3982 |
| § 227(c)(3)(F) | $ 1,500.00 | April 28 2026 | Call | 9:15 AM | (814) 508-3982 |
| § 227(c)(3)(F) | $ 1,500.00 | April 28 2026 | Call | 9:58 AM | (814) 508-3982 |
| § 227(c)(3)(F) | $ 1,500.00 | April 30 2026 | Call | 9:38 AM | (814) 508-3982 |
| § 227(c)(3)(F) | $ 1,500.00 | May 1 2026 | Call | 9:01 AM | (814) 508-3982 |
| § 227(c)(3)(F) | $ 1,500.00 | May 8 2026 | Call | 10:16 AM | (814) 508-3982 |
| § 227(c)(3)(F) | $ 1,500.00 | May 8 2026 | Call | 2:06 PM | (814) 508-3982 |
| § 227(c)(3)(F) | $ 1,500.00 | May 8 2026 | Call | 3:20 PM | (814) 508-3982 |
| § 227(c)(3)(F) | $ 1,500.00 | May 12 2026 | Call | 2:36 PM | (814) 508-3982 |
| § 227(c)(3)(F) | $ 1,500.00 | May 13 2026 | Call | 9:57 AM | (814) 508-3982 |
| § 227(c)(3)(F) | $ 1,500.00 | May 13 2026 | Text | 12:04 PM | (424) 201-2178 |
| § 227(c)(3)(F) | $ 1,500.00 | May 13 2026 | Text | 12:04 PM | (424) 201-2178 |
| § 227(c)(3)(F) | $ 1,500.00 | May 13 2026 | Text | 4:01 PM | (424) 201-2178 |
| § 227(c)(3)(F) | $ 1,500.00 | May 13 2026 | Text | 4:07 PM | (424) 201-2178 |
| § 227(c)(3)(F) | $ 1,500.00 | May 14 2026 | Call | 8:40 AM | (267) 344-1512 |

| Total | $ 22,500.00 |
|-------|-------------|

Page 1

EXHIBIT 10 — TCPA Compliance Memo



NATIONAL
ASSOCIATION OF
REALTORS®

≡

## Telemarketing & Cold-Calling

Featured        References

 Share

## Quick Takeaways

- There are two levels of consent

- Express written consent that is voluntary

- Express consent can be obtained orally and in writing

Source: Compliance Refresher: What Is TCPA Consent? ⧉ (*Contact Center Compliance*, Jun. 16, 2023)

The Telephone Consumer Protection Act, or the TCPA, was created in 1991 to protect consumers from the growing number of telemarketing phone calls and faxes. Since then, the law has grown to include text messages and pre-recorded voice messages. The TCPA was amended and more clearly defined in 2015, mainly in regards to SMS messaging.

What is the difference between telemarketing and simply reaching out as a business via call or text message? According to the TCPA, a telemarketing message is a "initiation of a telephone call or message for the purpose of encouraging the purchase or rental of, or investment in, property, goods, or services."

Spam texts are on the rise. The Federal Communication Commission has adopted new rules dealing with these invasive texts.

Obtaining consent is of the utmost important when reaching out to potential clients. Make sure the language for opting in and out of text messages, emails, is clearly stated and easily understandable. Recipients should be given an easy option to opt out, like replying to a message with "STOP," and should expect to be promptly unsubscribed.

The Do Not Call Registry falls under the Federal Trade Commission. Citizens can register their home or mobile phone free of charge. Though this does not eliminate calls from all organizations, the DNC gives an avenue to report organizations who disregard the DNC registry.

*See References for more information.*

Feedback

page 1

# Telephone Consumer Protection Act (TCPA) Basics

### NAR Legal Affairs

## TCPA QUICK REFERENCE GUIDE

Before you contact a consumer, make sure you have the proper consent under the Telephone Consumer Protect Act (TCPA).

| Contacting a consumer on their | Using this type of technology | With this kind of message | |
|---|---|---|---|
| | | MARKETING | INFORMATION |
| | | Needs this type of consent | |
| CELLPHONE | Auto-dialed calls and texts | Prior express written consent* | Prior express consent, oral or written |
| CELLPHONE | Artificial or pre-recorded voice | Prior express written consent* | Prior express consent, oral or written |
| RESIDENTIAL LANDLINE | Auto-dialed calls | None required | None required |
| RESIDENTIAL LANDLINE | Artificial or pre-recorded voice | Prior express written consent* | None required |

*A written agreement that includes the consumer's telephone number, authorizes telemarketing and is not required as a condition of purchase or doing business.

LEARN MORE @ www.nar.realtor/telemarketing-cold-calling

What's Regulated Under the TCPA? (*Jibrael Hindi*, May 10, 2024)

Robocalls, also known as automated calls, are calls made using an automatic dialing system or artificial or prerecorded voice messages. Unless the recipient has given prior express consent, these types of calls are generally prohibited under the TCPA.

Federal Communications Commission Rules That AI-Generated Voices Are "Artificial" Under the Telephone Consumer Protection Act (*Computer & Internet Lawyer*, May 1, 2024) **E**

In its Declaratory Ruling, the FCC has now confirmed that current AI technologies, including "voice cloning," that resemble human voices or generate call content using a prerecorded voice fall within the meaning of "artificial or prerecorded voice" under the TCPA. 11 The FCC explained that voice cloning and other similar technologies are "artificial" voice messages because a person is not speaking, and they are therefore the types of calls from which the TCPA seeks to protect consumers.

Updated Guidance for TCPA Compliance (*National Association of REALTORS® Window to the Law*, Mar. 22, 2024)

The TCPA is a federal law that requires prior express consent be obtained prior to using an automated telephone dialing system to make telemarketing calls or texts. Failure to obtain such consent can lead to legal liability, costly litigation, and exorbitant penalties.

The TCPA: Protection Against Robo Calls and Prerecorded Calls (*NOLO*, Mar. 21, 2024)

Understand what constitutes a violation of the TCPA on cell phones and residential phone lines, how violations are documented, and potential damages that may apply for violations.

Single Voicemail Enough to Violate Telephone Consumer Protection Act, 6th Circuit Rules [↗] (*Claims Journal*, Jun. 5, 2023) **E**

A single voicemail message left on a cellphone without permission is enough to allow an individual to proceed with a class-action lawsuit alleging violations of the Telephone Consumer Protection Act of 1991, a panel with the 6th Circuit Court of Appeals ruled on Thursday.

The appellate panel reversed a District Court ruling that found Matthew Dickson lacked standing to pursue a lawsuit against Direct Energy LP because he suffered no concrete harm.

Window to the Law: TPCA Update on Cell Phone Marketing (*National Association of REALTORS®*, May 3, 2021)

"Real estate professionals may more freely use their cell phones for marketing purposes without fear of violating the Telephone Consumer Protection Act based on a recent U.S. Supreme Court decision that offers clarity on TCPA limitations."

The Telephone Consumer Protection Act (*National Association of REALTORS®*)

"The Telephone Consumer Protection Act ("TCPA") was signed into law by President Bush on December 20, 1991. The TCPA amended Title II of the Communications Act of 1934 by adding a new section (47 U.S.C. sec.227). While the TCPA acknowledges the legitimate business interests of telemarketers, it recognizes the privacy rights of telephone customers and states that the unrestricted use of telemarketing could be an intrusive invasion of privacy as well as a risk to public safety in some instances."

## Telemarketing vs. Informational Calls and Text Messages

Webinar: Telemarketing Best Practices and the FCC One-to-One Consent Rule (*National Association of REALTORS®*, Jan. 28, 2025)

Under a new FCC rule taking effect January 27, 2025, agents and brokers promoting real estate services must obtain consent directly from the consumer, known as 1-to-1 consent, before using an ATDS or sending artificial or prerecorded voice messages. On January 28, 2025, NAR's Legal and Advocacy Teams hosted a webinar featuring best practices to comply with the TCPA and the new FCC rule to help real estate professionals reduce the risk while successfully leveraging telemarketing calls and texts as part of their promotional strategy.

How Does the New FCC TCPA Text Message Update Affect Your Marketing Program? [↗] (*ActiveProspect*, May 15, 2024)

If I'm engaging in SMS marketing, am I required to comply with the FCC TCPA text message update?
As attorney Alexandra Krasovec says: "Definitely. If you're engaging in SMS, you're not exempt from the FCC order."
She goes on to advise that "if you are engaging in this activity, you should check your marketing, your disclosures for prior express written consent, your vendor agreements, and the other activities you're engaging in."

Telemarketing Laws [↗] (*FindLaw*, Apr. 30, 2024)

The Telemarketing Sales Rule (TSR) is another federal regulation. It requires more disclosures and prohibits intentional misrepresentations on calls. The TSR also covers consumer calls in response to offers and solicitations via mail or online.

The Federal Trade Commission (FTC) regulates and enforces this rule. It monitors consumer complaints of telemarketers who violate the TSR.

New TCPA Rules For Prerecorded Calls to Landlines Take Effect July 20 ⬈ (*ArentFoxSchiff*, Jul. 12, 2024)

Though these new rules apply to unsolicited prerecorded calls to landlines, live (even autodialed) calls to landlines will not be subject to these requirements. Informational, non-autodialed live calls or texts to cell phones similarly fall outside the TCPA.

Laws That Affect Text Message Marketing Compliance ⬈ (*Paubox*, Feb. 6, 2024)

Are there exceptions to these laws for certain types of messages?
Yes, informational messages, such as appointment reminders or service notifications, may not require prior consent under certain laws like the TCPA. However, businesses must still comply with privacy and security requirements under laws like HIPAA.

Eleventh Circuit Holds that One Unsolicited Text Message is Sufficient Injury (Dentons, Jul. 31, 2023)

Uprooting much of the court's precedent in Telephone Consumer Protection Act ("TCPA") class actions, the Eleventh Circuit sitting en banc unanimously held that a plaintiff who receives one unwanted, automated telemarketing text message has standing to sue under the TCPA because they have suffered a concrete injury. This injury reflects an intrusion into the peace and quiet in a realm that is private and personal.

Stop Unwanted Robocalls and Texts ⬈ (*Federal Communications Commission*, Jul.7, 2023)

Market research or polling calls to home wireline numbers are not restricted by FCC rules, nor are calls on behalf of tax-exempt non-profit groups. Informational messages such as school closings or flight information to your home phone are permissible without prior consent. The rules do require all prerecorded calls, including market research or polling calls, to identify the caller at the beginning of the message and include a contact phone number.

FCC Adopts Its First Rules Focused on Scam Texting ⬇ pdf (*Federal Communications Commission*, Mar. 16, 2023)

The Report and Order adopted today requires blocking of text messages that appear to come from phone numbers that are unlikely to transmit text messages. This includes invalid, unallocated, or unused numbers. It also includes numbers that the subscriber to the number has self-identified as never sending text messages, and numbers that government agencies and other well-known entities identify as not used for texting.

## Obtaining Consent

TCPA Update: FCC Implements New One-to-One Consent Rule ⬈ (*RumbergerKirk*, May 30, 2024)

Recently, the FCC adopted a new rule impacting what constitutes prior express written consent under the Telephone Consumer Protection Act (TCPA). The new rule, which goes into effect on Jan. 27, 2025, requires that prior express written consent be obtained separately for each company seeking to use such consent. In other words, there must be "one-to-one" consent.

TCPA Compliance Checklist and Best Practices for Businesses ⧉ (*Nextiva*, Mar. 1, 2024)

There are three main types of consent for TCPA compliance:

- Express written consent: This is the highest standard of consent required by TCPA, obtained in physical or digital writing.
- Express verbal consent: While verbal consent is acceptable under TCPA, you must maintain accurate records, including the date, time, and nature of the consent.
- Implied consent: Businesses may contact consumers via telemarketing messages if there's an established business relationship, like a recent purchase. Implied consent has limits, and customers must have a clear path to opt out.

FTC Launches Massive "Operation Stop Scam Calls" Initiative: Focusing on "Consent Farm" Lead Generators and Robocallers ⧉ (*JD Supra*, Jul. 20, 2023)

As part of the effort, the FTC has filed five new cases against companies and individuals allegedly responsible for distributing or assisting in the distribution of illegal telemarketing calls across the nation.

FCC Turns to its TCPA Consent Rules: Time for a Checkup? ⧉ (*Nelson Mullins*, Jul. 20, 2023)

Senders should review their revocation of consent procedures and be ready to comply with any new FCC limitations.

Compliance Refresher: What Is TCPA Consent? ⧉ (*Contact Center Compliance*, Jun. 16, 2023)

To properly acquire express written consent, businesses should ensure that the consent is voluntary and not a condition of purchasing a product or service. They should also keep a record of the consent, including the time and date it was given, the phone number and name of the person who gave the consent, and the specific disclosures that were provided.

Hot Topics in Risk Management (*National Association of REALTORS®*, Feb. 4, 2019)

"Plaintiff lawyers have created a lucrative business model filing class action lawsuits alleging real estate companies have violated the Telephone Consumer Protection Act, or TCPA, by sending text messages without the recipient's consent. The TCPA requires prior express written consent before using autodialing equipment to send telemarketing messages to wireless numbers."

Established Business Relationship Exception (*National Association of REALTORS®*)

"There are three requirements that apply to sending unsolicited advertising faxes: (1) The sender must have an "established business relationship" with the recipient; (2) The sender must have obtained the customer's fax number through methods described in the legislation; and (3) The sender must provide an opt-out mechanism that meets the Act's requirements."

## Complying With the Do Not Call Registry

Can Realtors Call FSBO Sellers on the Do Not Call List? ⧉ (*Mondaq*, Jul. 18, 2024)

When it comes to real estate listings, For Sale by Owner (FSBO) and Expired Listings, you may not call a person who has advertised his property as FSBO or whose listing with another realtor has expired if:

page 5

- the person's telephone number is on the National Do-Not-Call Registry and
- the purpose of your call is to offer to list the homeowner's property.

Check the National Do Not Call Registry

- Before making any telemarketing calls, scrub your call list against the National Do Not Call Registry, when no available exemption applies.
- Remove any numbers listed on the Registry from your call list.

More Telemarketing Lawsuits Ensnare Agents, Brokerages (*REALTOR® Magazine*, Apr. 9, 2024)

Be sure to routinely check names and numbers against the Do-Not-Call Registry before calling or texting, even if you're using a third-party platform or automated telephone dialing system.

Window to the Law: Comply With The Do Not Call Registry (*National Association of REALTORS®*, Jul. 1, 2019)

Learn how to ensure your phone call marketing plans comply the TCPA's do-not-call registry restrictions.

National Do Not Call Registry (Consumers) 🗗

Consumers may register their phone numbers and report violations.

National Do Not Call Registry (Sellers and Telemarketers) 🗗

Businesses may register for access and pay applicable subscription fees.

FAQ: Do-Not-Call Registry (*National Association of REALTORS®*)

Real estate professionals must comply with the Do Not Call Registry for any cold calling activities. It is important to be aware of any state lists in addition to federal, check the Registry every 31 days, and understand any exemptions that may apply.

Safe Harbor Provision (*National Association of REALTORS®*)

The safe harbor provision can help protect businesses from lawsuits on Do Not Call Registry violations. In order for safe harbor to apply, a business must show that it has a written plan for complying with the registry, train personnel on the Rules, and maintain a list of telephone numbers that the business can not contract.

**Have an idea for a real estate topic?** Send us your suggestions✉.

*The inclusion of links on this page does not imply endorsement by the National Association of REALTORS®. NAR makes no representations about whether the content of any external sites which may be linked in this page complies with state or federal laws or regulations or with applicable NAR policies. These links are provided for your convenience only and you rely on them at your own risk.*

Show less

page 6

**Headquarters**
430 N. Michigan Ave
Chicago, IL 60611-4087
800-874-6500

**DC Office**
500 New Jersey Avenue, NW
Washington, D.C. 20001-2020
202-383-1000



Newsletters

Careers

Advertise

Reprints

Additional Resources for Members &
the Public

Privacy Policy

Accessibility Statement

Terms of Use

Contact Us

1.800.874.6500

Live Chat

Member Support is available Mon-Fri, 8am-5pm Central

**Follow Us**

   



© 2026 National Association of REALTORS®. All Rights Reserved.

.realestate Your online presence made easy!

page 7