**KANE, PUGH, KNOELL, TROY & KRAMER LLP**
BY: **PAUL C. TROY, EQUIRE**
ATTORNEY I.D. No. 60875
BY: **BENJAMIN W. RICHARDS, ESQUIRE**
ATTORNEY I.D. No. 338087
4 SENTRY PARKWAY EAST, SUITE 100
BLUE BELL, PA 19422
(610) 275-2000

Attorney for Defendant
McCabe Russell, PA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NATHAN M. F. CHARLES, LLC & CHARLES INTERNATIONAL LAW, LLC :

vs. : No.

McCABE RUSSELL, PA :

## NOTICE TO PLAINTIFFS

**TO:** Nathan M. F. Charles, Esquire
Charles International Law
606 Baltimore Avenue
Unit 207, #556
Baltimore, MD 21204

**PLEASE TAKE NOTICE** that Defendant, McCabe Russell, PA has filed a Petition in the Middle District of Pennsylvania for the removal of an action now pending in the Court of Common Pleas of Lebanon County, entitled, Nathan M.F. Charles, LLC & Charles International Law, LLC v. McCabe Russell, PA; No. 2026-CV-0658.

**FURTHER TAKE NOTICE** that petitioner, McCabe Russell, PA has at the same time filed with the United States District Court for the Middle District of Pennsylvania, a copy of the Amended Complaint served upon it, which was filed and entered in the Court of Common Pleas of Lebanon County.

A copy of said Petition for Removal is attached to this Notice and is hereby served upon you.

**KANE, PUGH, KNOELL, TROY & KRAMER LLP**

BY: /s/ Paul C. Troy
PAUL C. TROY, ESQUIRE