Receipt to Atty

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

DAUPHIN County

210.75 LB

| *For Prothonotary Use Only:* |
|---|
| Docket No: 2026 CV 4319 |

RECEIVED PROTHONOTARY 2026 JUN -2 AM 7:32 DAUPHIN COUNTY

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- [x] Complaint
- [ ] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

Lead Plaintiff's Name: Gina Sanchez Florian

Lead Defendant's Name: David L. Hanna, et al

**Are money damages requested?** [x] Yes [ ] No

Dollar Amount Requested: (check one) [ ] within arbitration limits [x] outside arbitration limits

**Is this a *Class Action Suit*?** [ ] Yes [x] No

**Is this an *MDJ Appeal*?** [ ] Yes [x] No

Name of Plaintiff/Appellant's Attorney: Kane Daly, Esquire

[ ] **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your ***PRIMARY CASE.*** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [x] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/ Defamation
- [ ] Other:

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other:

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional:

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other
- [ ] Other:

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other:

**CIVIL APPEALS**

Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other
- [ ] Zoning Board
- [ ] Other:

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other:

Docusign Envelope ID: D6840EFF-AE36-8799-811F-73C1C3C48EC0

THIS IS NOT AN ARBITRATION COMPLAINT
AN ASSESSMENT OF DAMAGES HEARING
IS REQUIRED

RECEIVED OFFICE OF PROTHONOTARY
2026 JUN -2 AM 7:32
DAUPHIN COUNTY PENNA

**SIMON & SIMON, P.C.**
BY: Kane Daly, Esquire
Attorney ID: 326034
***Attorneys for Plaintiff(s)***
18 Campus Blvd., Suite 100
Newtown Square, PA 19073
(215) 467-4666

| | | |
|---|---|---|
| Gina Sanchez Florian<br>660 N 2nd Street<br>Steelton PA 17113<br><br>Plaintiff<br>v.<br><br>David L. Hanna<br>5535 Fishers Fry<br>Gold Hill, OR 97525<br>And<br>Bad Kitty Trucking, LLC<br>5535 Fishers Fry<br>Gold Hill, OR 97525<br><br>Defendants | : | IN THE COURT OF COMMON PLEAS<br>DAUPHIN COUNTY<br><br>2026 CV 4319<br><br>JURY TRIAL DEMANDED |

Docusign Envelope ID: D6840EFF-AE36-8799-811F-73C1C3C48EC0

# NOTICE

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

DAUPHIN COUNTY LAWYER REFERRAL SERVICE
213 North Front Street
Harrisburg, PA 17101

Docusign Envelope ID: D6840EFF-AE36-8799-811F-73C1C3C48EC0

2026 CV 4319

**COMPLAINT**

1. Plaintiff, Gina Sanchez Florian ("Plaintiff"), is a resident of the Commonwealth of Pennsylvania, residing at the address listed in the caption of this Complaint.

2. Upon information and belief, Defendant, David L. Hanna ("Hanna"), is a resident of the State of Oregon, residing at the address listed in the caption of this Complaint.

RECEIVED OFFICE OF PROTHONOTARY
2026 JUN -2 AM 7:32
DAUPHIN COUNTY PENNA

3. Defendant, Bad Kitty Trucking, LLC ("Bad Kitty Trucking"), is a business entity registered to do business in the State of Oregon, with a business address listed in the caption of this Complaint, which regularly conducts business in Dauphin County.

4. On or about February 4, 2025, at approximately 11:57 a.m., Plaintiff was the operator of a motor vehicle traveling southbound on I-283, on or near the exit ramp onto PA 283 East in Harrisburg, PA.

5. At or about the same date and time, Hanna was the operator of a large truck which was owned, rented, leased, and/or otherwise under the control of and entrusted to him by Bad Kitty Trucking (the "Subject Truck").

6. Upon information and belief, the Subject Truck bore the logo and business name of Bad Kitty Trucking and was being used for its business purpose(s).

7. At or about the same date and time, Hanna was driving the Subject Truck at or near the aforesaid location of the Plaintiff's vehicle when he suddenly, and without warning, crashed into the rear-end of the Plaintiff's vehicle.

8. At all times relevant hereto, including the time of the subject motor vehicle collision, Hanna was an agent, employee, and/or servant of Bad Kitty Trucking and was operating the Subject Truck in the course and scope of his agency and/or employment with Bad Kitty Trucking.

Docusign Envelope ID: D6840EFF-AE36-8799-811F-73C1C3C48EC0

9. Upon information and belief, in proceeding to rear-end the Plaintiff's vehicle, Hanna failed to maintain an assured clear distance from vehicles ahead, failed to pay adequate attention to his surroundings ahead, failed to ensure traffic ahead was clear, was in a hurry, and/or was simply fatigued and/or distracted.

10. The collective and individual acts, omissions, and failures detailed above and further below on the part of Defendants were careless and negligent.

11. The subject motor vehicle collision was proximately caused by the carelessness and/or negligence of Defendants and not the result of any action or failure to act by Plaintiff.

12. As a direct and proximate result of the joint and/or several and/or direct or vicarious negligence and/or carelessness of Defendants, Plaintiff has sustained serious permanent personal injuries and damages, including, but not limited to, the neck and back. Specifically, cervical disc bulging at levels C2-3 and C3-4; cervical disc protrusion at level C4-5; cervical disc herniations at levels C5-6 and C6-7; lumbar disc protrusion at levels L3-4, L2-3, and L4-5; and lumbar disc at level L5-S1, as set forth more fully below.

**COUNT I**
**Gina Sanchez Florian V. David L. Hanna**
**Personal Injury—Negligence**

13. Plaintiff incorporates the foregoing paragraphs of this Complaint as if set forth fully at length herein.

14. The negligence and/or carelessness of Hanna, which was a proximate cause of the subject motor vehicle collision and the resultant injuries and damages suffered by Plaintiff included the following actions/inactions:

a. Failure to exercise ordinary care to avoid a crash;

b. Operating the Subject Truck without regard for the rights or safety of Plaintiff or the general motoring public, and in such a manner as to rear-end the

Docusign Envelope ID: D6840EFF-AE36-8799-811F-73C1C3C48EC0

Plaintiff's vehicle;

c. Failing to keep a proper lookout for vehicular traffic ahead;

d. Failing to adequately, sufficiently, and properly clear traffic to ensure it was safe to continuing proceeding forward;

e. Failing to yield the right of way to vehicular traffic ahead, including Plaintiff;

f. Failing to maintain proper distance between vehicles;

g. Failing to have the Subject Truck under proper and adequate control;

h. Operating the Subject Truck at a rate of speed that was dangerous and excessive under the circumstances;

i. Violating the "assured clear distance ahead" rule;

j. Failure to apply his brakes earlier to stop the Subject Truck to avoid the subject motor vehicle collision;

k. Being inattentive to his duties as the operator of the Subject Truck;

l. Failing to remain continually alert while operating the Subject Truck;

m. Failing to perceive the highly apparent danger to the monitoring public, specifically, including Plaintiff, which his actions and/or inactions posed;

n. Failing to be highly vigilant and maintain sufficient control of the Subject Truck and bring it to a stop on the shortest notice possible;

o. Operating the Subject Truck with disregard for the rights of Plaintiff, even though he was aware, or should have been aware, of the presence of Plaintiff and the threat of harm posed to Plaintiff;

p. Continuing to operate the Subject Truck in a direction towards the Plaintiff's vehicle when he saw, or in the exercise of reasonable diligence should have seen, that further operation in that direction would result in a crash;

q. Failing to give Plaintiff meaningful warning signs concerning the impending collision;

r. Failing to exercise and adhere to proper safe and defensive driving practices as set forth in his driver training and/or required by applicable state and/or Federal Motor Carrier Safety Regulations;

s. Driving while above the hours of service allotted by applicable state and Federal

Docusign Envelope ID: D6840EFF-AE36-8799-811F-73C1C3C48EC0

Motor Carrier Regulations and/or otherwise fatigued;

t. Driving while distracted; and

u. Failing to operate said commercial truck in compliance with applicable state and local laws and ordinances pertaining to the operation and control of motor vehicles including violations of Pennsylvania Vehicle Code Sections 3303, 3304, 3310, 3361, and/or 3714.

15. As a direct and proximate result of the negligent and/or careless conduct of Defendant, described above, Plaintiff suffered various serious and permanent personal injuries, serious impairment of bodily function and/or permanent serious disfigurement and/or aggravation of pre-existing conditions and other ills and injuries, including, but not limited to, the neck and back. Specifically, cervical disc bulging at levels C2-3 and C3-4; cervical disc protrusion at level C4-5; cervical disc herniations at levels C5-6 and C6-7; lumbar disc protrusion at levels L3-4, L2-3, and L4-5; and lumbar disc at level L5-S1, all to Plaintiff's great loss and detriment.

16. As a direct and proximate result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past suffered and is presently suffering great anguish, sickness and agony, and will continue to so suffer for an indefinite time into the future.

17. As an additional result of the carelessness and/or negligence of Defendant, along with the physical injuries suffered, Plaintiff suffered and is presently suffering emotional injuries, and will continue to so suffer for an indefinite time into the future.

18. As a direct result of the carelessness and/or negligence of Defendant, Plaintiff suffered damage to her personal property, including the motor vehicle she was operating at the time of the subject motor vehicle collision, and related expenses including, but not limited to, storage fees and towing, all to Plaintiff's great loss and detriment.

19. As a further result of Plaintiff's injuries, Plaintiff has in the past suffered, is

presently suffering, and may in the future suffer a great loss of earnings and/or earning capacity, all to Plaintiff's further loss and detriment.

20. Furthermore, in addition to all the injuries and losses suffered by Plaintiff, Plaintiff has also incurred or will incur medical, rehabilitative and other related expenses in an amount equal to and/or in excess of the basic personal injury protection benefits required by the Pennsylvania Vehicle Financial Responsibility Law, 75 Pa.C.S. Section 1701, et. Seq., as amended, for which she makes a claim for payment in the present action.

WHEREFORE, Plaintiff, Gina Sanchez Florian, prays for judgment in her favor and against Defendant, David L. Hanna, in an amount in excess of Seventy-Five ($75,000.00) Dollars, plus all costs and other relief this court deems just.

**COUNT II**
**Gina Sanchez Florian V. Bad Kitty Trucking, LLC**
**Negligent Hiring, Retention, Training, Supervision, and Entrustment**

21. Plaintiff incorporates the foregoing paragraphs of this Complaint as if set forth fully at length herein.

22. The carelessness and/or negligence of Bad Kitty Trucking, which was a proximate cause of the aforesaid motor vehicle collision and the resultant injuries and damages sustained by Plaintiff, included the following actions/inactions:

a. Hiring, retaining, and permitting Hanna to operate the Subject Truck without first properly and adequately qualifying him consistent with industry custom and applicable regulations;

b. Hiring, retaining, and permitting Hanna to operate the Subject Truck without first conducting a proper and adequate background check to ascertain whether or not he was competent and fit to properly and safely operate a commercial truck;

c. Failing to provide proper, adequate, ongoing and/or remedial training to Hanna consistent with industry custom and applicable regulations, including safe and defensive driving training in general and specific to paying adequate attention

Docusign Envelope ID: D6840EFF-AE36-8799-811F-73C1C3C48EC0

to his surroundings ahead, and maintaining a safe and adequate speed and distance from vehicles ahead;

d. Failing to take proper and adequate measures to prevent Hanna from endangering the motoring public, specifically including Plaintiff, by: failing to pay proper attention to his surroundings ahead; and failing to maintain a safe and adequate distance from vehicles ahead;

e. Retaining and permitting Hanna to operate the Subject Truck when Bad Kitty Trucking knew or, in the exercise of due care and diligence, should have known by and through his prior unsafe and/or substandard driving conduct during his tenure as agent/employee of Bad Kitty Trucking that Hanna was incompetent and/or unfit to drive a commercial truck, capable of committing and likely to commit actions and inactions like those set forth above that would harm the motoring public;

f. Failing to properly and adequately train, monitor and/or supervise Hanna to ensure he would adhere to proper safe and defensive driving practices custom to the industry and/or required by the Pennsylvania Motor Vehicle Code, and/or applicable regulations;

g. Failing to properly and adequately train, monitor, and/or supervise Hanna to ensure he could manage collision-free encounters with the motoring public, specifically including Plaintiff;

h. Unreasonably setting and assigning Hanna a route that was too tight/aggressive for him to perform without hurrying and/or rushing to complete said route;

i. Allowing and/or directing Hanna to operate the Subject Truck while he was fatigued; and

j. Failing to warn the motoring public, including Plaintiff, that it knew or in the existence of due care and diligence should have known, that Plaintiff would be exposed to Hanna's negligent, and/or careless operation of the commercial truck.

23. As a direct and proximate result of the negligent and/or careless conduct of Defendant, described above, Plaintiff suffered various serious and permanent personal injuries, serious impairment of bodily function and/or permanent serious disfigurement and/or aggravation of pre-existing conditions and other ills and injuries, including, but not limited to, the neck and back. Specifically, cervical disc bulging at levels C2-3 and C3-4; cervical disc protrusion at level

C4-5; cervical disc herniations at levels C5-6 and C6-7; lumbar disc protrusion at levels L3-4, L2-3, and L4-5; and lumbar disc at level L5-S1, all to Plaintiff's great loss and detriment.

24. As a direct and proximate result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past suffered and is presently suffering great anguish, sickness and agony, and will continue to so suffer for an indefinite time into the future.

25. As an additional result of the carelessness and/or negligence of Defendant, along with the physical injuries suffered, Plaintiff suffered and is presently suffering emotional injuries, and will continue to so suffer for an indefinite time into the future.

26. As a direct result of the carelessness and/or negligence of Defendant, Plaintiff suffered damage to her personal property, including the motor vehicle she was operating at the time of the subject motor vehicle collision, and related expenses including, but not limited to, storage fees and towing, all to Plaintiff's great loss and detriment.

27. As a further result of Plaintiff's injuries, Plaintiff has in the past suffered, is presently suffering, and may in the future suffer a great loss of earnings and/or earning capacity, all to Plaintiff's further loss and detriment.

28. Furthermore, in addition to all the injuries and losses suffered by Plaintiff, Plaintiff has also incurred or will incur medical, rehabilitative and other related expenses in an amount equal to and/or in excess of the basic personal injury protection benefits required by the Pennsylvania Vehicle Financial Responsibility Law, 75 Pa.C.S. Section 1701, et. Seq., as amended, for which she makes a claim for payment in the present action.

WHEREFORE, Plaintiff, Gina Sanchez Florian, prays for judgment in her favor and against Defendant, Bad Kitty Trucking, LLC, in an amount in excess of Seventy-Five ($75,000.00)

Docusign Envelope ID: D6840EFF-AE36-8799-811F-73C1C3C48EC0

Dollars, plus all costs and other relief this court deems just.

**COUNT III**
**Gina Sanchez Florian v. Bad Kitty Trucking, LLC**
**Respondeat Superior**

29. Plaintiff incorporates the foregoing paragraphs of this Complaint as if fully set forth at length herein.

30. The negligence and/or carelessness on the part of Hanna, detailed in Count I, above, occurred while Hanna was acting at all relevant times within the course and scope of his agency and/or employment with Bad Kitty Trucking, and was the direct and proximate cause of the above-described motor vehicle collision and proximately resulting injuries and damages sustained by Plaintiff.

31. As such, Bad Kitty Trucking is vicariously liable under the doctrine of respondeat superior result for the negligence and/or careless conduct of Hanna in causing the above-described motor vehicle collision and proximately resulting injuries and damages sustained by Plaintiff.

WHEREFORE, Plaintiff, Gina Sanchez Florian, prays for judgment in her favor and against Defendant, Bad Kitty Trucking, LLC, in an amount in excess of Seventy-Five ($75,000.00) Dollars, plus all costs and other relief this court deems just.

**SIMON & SIMON, P.C.**

BY: ______________________________

Kane Daly, Esquire
Simon & Simon, P.C.
18 Campus Blvd., Suite 100
Newtown Square, PA 19073
215-467-4666
*Attorney for Plaintiff*

Docusign Envelope ID: D6840EFF-AE36-8799-811F-73C1C3C48EC0

**VERIFICATION**

I am the Plaintiff in this action, and I hereby state that the facts set forth in the foregoing complaint are true and correct to the best of my knowledge, information and belief. I understand that this Verification is subject to 18 P.a.C.S. § 4904 providing for criminal penalties for unsworn falsification to authorities.

Firmado por:
Gina Sanchez Florian
48609B388E97451...

CountySuite™ CIVIL COURT

CASE DETAILS
GINA SANCHEZ FLORIAN VS. BAD KITTY TRUCKING

Public Web User Home Help

2026-CV-04319

Close | Documents

Print

Date filed: 06/02/2026 07:13 AM

Days Open: 86

Date closed:

Status: OPEN

## CIVIL: TORT - MOTOR VEHICLE

### Case Participants

**Plaintiff** 1 of 1

**Gina Sanchez Florian**

**Attorney** 1 of 1

**Kane Daly, Esquire**
18 Campus Blvd Suite 100
Newtown Square, PA 19073

VS

**Defendant** 1 of 2

**Bad Kitty Trucking**

**Attorney** 1 of 1

**Deborah Bailey, Esquire**
Law Offices of Melissa A. Hubshman
5165 Campus Drive, Suite 200
Plymouth Meeting, PA 19462

### Case Information

Filing Date
06/02/2026

Assigned Official
Official Not Assigned

Case Complexity

Commencement Category
Complaint

Filing Options

☐ Pro Se ☐ Class Action Suit ☑ Money Damages ☑ Outside Arbitration Limits ☐ MDJ Appeal ☐ In Forma Pauperis

Public Notes

Reference Number(s)

### Case Dispositions

| Date | Disposition Type | Disposition Category |
|---|---|---|
| | | There are no dispositions assigned to this case |

### Case Docket Entries

| Date | Category | Description |
|---|---|---|
| 08/25/2026 | Praecipe - Entry of Appearance (Attorney) | Deborah Bailey, Esquire enters appearance on behalf of Defendants |

| | | |
|---|---|---|
| 08/20/2026 | Affidavit - Service | AFFIDAVIT OF SERVICE OF THE COMPLAINT WITH DISCOVERY REQUESTS UPON BAD KITTY TRUCKING LLC |
| 08/20/2026 | Affidavit - Service | AFFIDAVIT OF SERVICE OF THE COMPLAINT WITH DISCOVERY REQUESTS UPON DAVID L. HANNA |

**Case Judgments**

| Date | Debtor(s) | Creditor(s) | Notes | Status | Date | Amount |
|---|---|---|---|---|---|---|

No case judgments

**CountySuite © 2026** | *Building Public Trust.*

Dauphin County Prothonotary E-Filed - 20 Aug 2026 04:30:33 PM
Case Number: 2026-CV-04319

**SIMON & SIMON, P.C.**
18 Campus Blvd., Suite 100
Newtown Square, PA 19073
(215) 467-4666

| | | |
|---|---|---|
| Gina Sanchez Florian<br>660 N 2nd Street<br>Steelton PA 17113<br>Plaintiff<br>v.<br><br>David L. Hanna<br>5535 Fishers Fry<br>Gold Hill, OR 97525<br>And<br>Bad Kitty Trucking, LLC<br>5535 Fishers Fry<br>Gold Hill, OR 97525<br>Defendants | : | IN THE COURT OF COMMON PLEAS<br>DAUPHIN COUNTY<br><br>No.: 2026-CV-04319 |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA :
: SS.
COUNTY OF DAUPHIN :

I, Bryan Caputi, being duly sworn, depose and say on this 20th day of August, 2026, by this Affidavit that:

1. I am more than eighteen (18) years of age;

2. On July 25, 2026, I caused a Complaint with Discovery Requests to be served upon David L. Hanna by Certified Mail, Return Receipt Requested. True and correct copies of the Proof of Mailing and Return Receipt are attached and incorporated into this Affidavit as Exhibit "A."

Bryan Caputi

Sworn to and subscribed
before me this 20th day
of August 2026.

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Brian Collins, Notary Public
Delaware County
My Commission Expires September 12, 2028
Commission Number 1449403

Dauphin County Prothonotary E-Filed - 20 Aug 2026 04:30:33 PM
Case Number: 2026-CV-04319

# EXHIBIT "A"

Dauphin County Prothonotary E-Filed - 20 Aug 2026 04:30:33 PM
Case Number: 2026-CV-04319

UNITED STATES POSTAL SERVICE

Date Produced: 07/27/2026

Pitney Bowes:

The following is the delivery information for Certified Mail™/RRE item number 9414 8098 9864 3084 2633 74. Our records indicate that this item was delivered on 07/25/2026 at 09:05 a.m. in GOLD HILL, OR 97525. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient : 5535 FISHERS FRY, GOLD HILL, OR 97525

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 2025-02922

Dauphin County Prothonotary E-Filed - 20 Aug 2026 04:30:33 PM
Case Number: 2026-CV-04319

BC2
SIMON & SIMON PC
18 CAMPUS BLVD, STE 100
NEWTOWN SQUARE PA
19073-3240

**USPS CERTIFIED MAIL**

9414 8098 9864 3084 2633 74

PITNEY BOWES
$12.18 0
US POSTAGE IMI
FIRST-CLASS
028W0002312053
9063110504
ZIP 19073
JUL 21 2026

DAVID L. HANNA
5535 FISHERS FRY
GOLD HILL OR 97525-9615

Memo/Reference - 2025-02922

Dauphin County Prothonotary E-Filed - 20 Aug 2026 04:30:33 PM
Case Number: 2026-CV-04319

**SIMON & SIMON, P.C.**
18 Campus Blvd., Suite 100
Newtown Square, PA 19073
(215) 467-4666

| | |
|---|---|
| Gina Sanchez Florian<br>660 N 2nd Street<br>Steelton PA 17113<br>Plaintiff<br><br>v.<br><br>David L. Hanna<br>5535 Fishers Fry<br>Gold Hill, OR 97525<br>And<br>Bad Kitty Trucking, LLC<br>5535 Fishers Fry<br>Gold Hill, OR 97525<br>Defendants | IN THE COURT OF COMMON PLEAS<br>DAUPHIN COUNTY<br><br>No.: 2026-CV-04319 |

**AFFIDAVIT OF SERVICE**

COMMONWEALTH OF PENNSYLVANIA :
: SS.
COUNTY OF DAUPHIN :

I, Bryan Caputi, being duly sworn, depose and say on this 20th day of August, 2026, by this Affidavit that:

1. I am more than eighteen (18) years of age;

2. On July 25, 2026, I caused a Complaint with Discovery Requests to be served upon Bad Kitty Trucking, LLC by Certified Mail, Return Receipt Requested. True and correct copies of the Proof of Mailing and Return Receipt are attached and incorporated into this Affidavit as Exhibit "A."

Bryan Caputi

Sworn to and subscribed
before me this 20th day
of August 2026.

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Brian Collins, Notary Public
Delaware County
My Commission Expires September 12, 2028
Commission Number 1449403

# EXHIBIT “A”

Dauphin County Prothonotary E-Filed - 20 Aug 2026 04:30:33 PM
Case Number: 2026-CV-04319

UNITED STATES
POSTAL SERVICE

Date Produced: 07/27/2026

Pitney Bowes:

The following is the delivery information for Certified Mail™/RRE item number 9414 8098 9864 3084 2633 29. Our records indicate that this item was delivered on 07/25/2026 at 09:05 a.m. in GOLD HILL, OR 97525. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient : 5535 FISHERS FRY, GOLD HILL, OR 97525

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 2025-02922

Dauphin County Prothonotary E-Filed - 20 Aug 2026 04:30:33 PM
Case Number: 2026-CV-04319

BC2
SIMON & SIMON PC
18 CAMPUS BLVD, STE 100
NEWTOWN SQUARE PA
19073-3240

**USPS CERTIFIED MAIL**

9414 8098 9864 3084 2633 29

PITNEY BOWES
$12.18 0
US POSTAGE IMI
FIRST-CLASS
028W0002310186
9063110504
ZIP 19073
JUL 21 2026

BAD KITTY TRUCKING, LLC
5535 FISHERS FRY
GOLD HILL OR 97525-9615

Memo/Reference - 2025-02922