# EXHIBIT "A"

| **No. 1** | Rockefeller Photos |
|---|---|
| **Registration No.:** VA 2-017-741 | **Registration Date:** September 20, 2016 |

**Title of Work:** "ChickenParmesan020, 08-14-2005"

**Original**



**Link to Alleged Infringement:**

1. https://mybrospizza.com/wp-content/uploads/2025/07/199492_BrothersGreencastleInHouseMenu-JULY-25-7.25x12.75Booklet-prf.pdf

**Screenshot**

