**IN THE UNITED STATES DISTRCT COURT FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**LEILY MARILY RAMOS-MILLA**, Petitioner,

v.

**ANGELA HOOVER**, *et al.* ,
Respondents.

Case No.: 3:26-cv-

## MOTION FOR TEMPORARY RESTRAINING ORDER

PLEASE TAKE NOTICE that as soon as counsel may be heard, the undersigned will move the Court, seeking a Temporary Restraining Order ("TRO") in the form attached hereto and asking that this matter be set down for a hearing to convert those temporary restraints into a Preliminary Injunction pursuant to Fed. R. Civ. P. 65. In support of this motion, Petitioner submits the accompanying Memorandum of Law in Support of a Temporary Restraining Order and the concurrently filed Complaint.

WHEREFORE, Petitioner respectfully requests that this Court grant this Motion for a Temporary Restraining Order and issue an order (i) enjoining Respondents from moving him outside the Eastern District of Pennsylvania; (ii) enjoining Respondents from detaining Petitioner under 8 U.S.C. § 1225(b)(2); and (iii) ordering Petitioner's immediate release from Respondents' custody.

Respectfully Submitted,

Date: November 4, 2026

Jose Campos

Jose C. Campos (PA Bar 207646)
The Campos Firm
251 East Broad Street
Bethlehem, PA 18018
p. (610) 868-2230
jc@jccamposlaw.com
ATTORNEY FOR PETITIONER